UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br><br>*Defendant.* | Case No: 1:24-cv-10577 |

## CERTIFICATION OF MARLENE J. GOLDENBERG FOR *PRO HAC VICE* ADMISSION

I, Marlene J. Goldenberg, hereby certify under penalty of perjury as follows:

1. I am a Partner with the law firm of Nigh Goldenberg Raso & Vaughn, PLLC.

2. My address is 14 Ridge Square NW, Third Floor, Washington, DC, 20016. My telephone number is (202) 978-2228.

3. I submit this Certification in support of Mr. David Abrams' motion for my admission to appear *pro hac vice* in the above-captioned matter.

4. I am a member in good standing of the Bars of the State of Minnesota, Maryland, and the District of Columbia.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with the same.

8. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

| | |
|---|---|
| Dated: March 7, 2024 | Respectfully submitted, |
| | /s/ Marlene J. Goldenberg |
| | Marlene J. Goldenberg<br>**Nigh Goldenberg Raso & Vaughn, PLLC**<br>14 Ridge Square NW, Third Floor<br>Washington, DC 20016<br>(202) 978-2228<br>mgoldenberg@nighgoldenberg.com |