UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>             Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>             Defendant. | CIVIL ACTION NO.: 1:24-cv-10577 |

**CERTIFICATION OF NEIL SWARTZBERG FOR *PRO HAC VICE* ADMISSION**

I, Neil Swartzberg, hereby certify under penalty of perjury as follows:

1. I am of counsel with the law firm of Pearson Warshaw, LLP.

2. My address is 555 Montgomery St., Suite 1205, San Francisco, CA 94111. My telephone number is (415) 433-9000.

3. I submit this certification in support of Mr. David Abrams' motion for my admission to appear *pro hac vice* in the above-captioned matter.

4. I am a member in good standing of the Bar of the State of California.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with the same.

8. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

Dated: March 14, 2024

/s/ Neil Swartzberg
Neil Swartzberg
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, CA 94111
(415) 433-9000
nswartzberg@pwfirm.com

*Attorneys for Plaintiffs*