UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | CIVIL ACTION NO.: 1:24-cv-10577 |

### MOTION FOR ADMISSION OF MELISSA S. WEINER *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing with the Bar of this Court, respectfully moves for the pro hac vice admission of Melissa S. Winer to appear as counsel for Plaintiffs in the above-captioned action.

As set forth in the attached certification, Ms. Weiner is a member in good standing of the Bars of the State of Minnesota and New York. There are no pending disciplinary proceedings against her in any state or federal court. She has never been convicted of a felony. She is familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have attached a Certification of Ms. Weiner pursuant to Local Rule 83.5.3.

Dated: March 14, 2024

                        */s/ David Abrams*
                        David Abrams
                        **DAVID ABRAMS, ATTORNEY AT LAW**
                        PO Box 3353 Church Street Station
                        New York, NY 10008
                        Telephone: (212) 897-5821
                        dnabrams@wjlf.org

                        *Attorney for Plaintiffs*