UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>           Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>           Defendant. | CIVIL ACTION NO.: 1:24-cv-10577 |

### CERTIFICATION OF MELISSA S. WEINER FOR *PRO HAC VICE* ADMISSION

I, Melissa S. Weiner, hereby certify under penalty of perjury as follows:

1. I am a Partner with the law firm of Pearson Warshaw, LLP.

2. My address is 328 Barry Avenue South, Suite 200, Wayzata, MN 55391. My telephone number is (612) 389-0600.

3. I submit this certification in support of Mr. David Abrams' motion for my admission to appear *pro hac vice* in the above-captioned matter.

4. I am a member in good standing of the Bars of the State of Minnesota and New York.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with the same.

8.  I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

Dated: March 14, 2024

*/s/ Melissa S. Weiner*
Melissa S. Weiner
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
(612) 389-0600
mweiner@pwfirm.com

*Attorney for Plaintiffs*