| UNITED STATES DISTRICT COURT | DISTRICT OF MASSACHUSETTS |
|---|---|
| Standwithus Center For Legal Justice, et al, et al.<br>Plaintiff,<br><br>v.<br><br>Massachusetts Institute of Technology<br>Defendant, | Court File Number<br>1:24-CV-10577-RGS<br><br>**AFFIDAVIT OF SERVICE** |

State of Massachusetts ) SS
County of Suffolk )

I, Cynthia Paris, state that on Thursday, March 14, 2024 at 5:07 PM I served the Summons & Complaint upon Massachusetts Institute of Technology, by emailing copies to mitogc@mit.edu after I attempted to personally serve them at 77 Massachusetts Avenue, Cambridge, MA 02139, and found the office closed with a sign stating that they wished to be served by email.



I declare under penalty of perjury that this information is true.

Dated: 3 / 14 /2024       _____
                          Cynthia Paris

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Serial # NIGGO2 296789 5305

Re: Standwithus v MIT



Metro Legal
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415
(800) 488-8994
www.metrolegal.com

-1-