AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS<br>*Plaintiff*<br>v.<br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY<br>*Defendant* | ) ) ) ) ) ) ) Case No. 1:24-cv-10577 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers.

Date: 3/22/2024

/s/ Melissa S. Weiner
*Attorney's signature*

Melissa S. Weiner (MN 0387900, NY 5547948)
*Printed name and bar number*

328 Barry Ave. South, Suite 200
Wayzata, MN 55391
*Address*

mweiner@pwfirm.com
*E-mail address*

612-389-0600
*Telephone number*

612-389-0610
*FAX number*