AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS
*Plaintiff*
v.
MASSACHUSETTS INSTITUTE OF TECHNOLOGY
*Defendant*

Case No. 1:24-cv-10577

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers.

Date: 3/25/2024

/s/ Neil Swartzberg
*Attorney's signature*

Neil Swartzberg (CA 215133)
*Printed name and bar number*

555 Montgomery St., Suite 1205
San Francisco, CA 94111
*Address*

nswartzberg@pwfirm.com
*E-mail address*

415-433-9000
*Telephone number*

415-433-9008
*FAX number*