UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>    Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>    Defendant. | No. 24-CV-10577-RGS |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Daryl J. Lapp of Locke Lord LLP, 111 Huntington Avenue, Boston, Massachusetts 02199, as counsel of record for the Defendant Massachusetts Institute of Technology in the above-captioned action.

March 27, 2024

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

*/s/ Daryl J. Lapp*
Daryl J. Lapp (BBO No. 554980)
daryl.lapp@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

## CERTIFICATE OF SERVICE

I, Daryl J. Lapp, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 27, 2024.

*/s/ Daryl J. Lapp*
Daryl J. Lapp