UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>           Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>           Defendant. | No. 24-CV-10577-RGS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
MASSACHUSETTS INSTITUTE OF TECHNOLOGY**

Defendant Massachusetts Institute of Technology is a charitable corporation, which has no parent corporation and no stock.

| | |
|---|---|
| March 27, 2024 | Respectfully submitted,<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>*/s/ Daryl J. Lapp*<br>Daryl J. Lapp (BBO No. 554980)<br>daryl.lapp@lockelord.com<br>Elizabeth H. Kelly (BBO No. 672277)<br>liz.kelly@lockelord.com<br>LOCKE LORD LLP<br>111 Huntington Avenue<br>Boston, MA  02199<br>617.230.0100 |

## CERTIFICATE OF SERVICE

I, Daryl J. Lapp, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 27, 2024.

*/s/ Daryl J. Lapp*
Daryl J. Lapp