# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　　Defendant. | No. 24-CV-10577-RGS |

## DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Defendant Massachusetts Institute of Technology ("MIT") respectfully moves this Court for an order extending by two weeks MIT's deadline to respond to the Complaint.

Plaintiffs StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers ("Plaintiffs") filed their Complaint on March 7, 2024, and MIT's current deadline to respond is April 4, 2024.  *See* ECF No. 10.  MIT requests, and Plaintiffs do not oppose, a two-week extension of MIT's deadline to respond, to April 18, 2024.  The purpose of the extension request is to allow MIT's undersigned counsel, which was recently retained for this matter, to analyze the allegations and claims in the Complaint and prepare a responsive pleading or motion.

Dated: March 27, 2024   Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

*/s/ Daryl J. Lapp*
Daryl J. Lapp (BBO No. 554980)
daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

And

Ishan K. Bhabha (*pro hac vice* pending)
IBhabha@jenner.com
202.637.6327
Lauren J. Hartz (*pro hac vice* pending)
LHartz@jenner.com
202.637.6363
Jenner & Block LLP
1099 New York Avenue, N.W.
Suite 900,
Washington, DC 20001-4412

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for Defendant has conferred with counsel for Plaintiffs concerning the subject matter of this Motion and that Plaintiffs do not oppose the relief requested.

                                        */s/Daryl J. Lapp*
                                        Daryl . Lapp

**CERTIFICATE OF SERVICE**

I, Daryl J. Lapp, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 27, 2024.

                                        */s/Daryl J. Lapp*
                                        Daryl J. Lapp

136910516v.1