UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　Defendant. | No. 24-CV-10577-RGS |

**ASSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF ISHAN K. BHABHA**

　　Now comes Daryl J. Lapp, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Ishan K. Bhabha as counsel for Defendant Massachusetts Institute of Technology ("MIT").

　　1.　Mr. Bhabha is a partner in the law firm of Jenner & Block LLP. He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

**WHEREFORE**, Daryl J. Lapp requests that Mr. Bhabha be granted leave to appear and practice *pro hac vice* on behalf of MIT in the above-captioned matter.

Dated: March 27, 2024

Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

*/s/ Daryl J. Lapp*
Daryl J. Lapp (BBO No. 554980)
daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

## LOCAL RULE 7.1 CERTIFICATION

The undersigned counsel certifies that counsel for Plaintiff assents to this motion.

*/s/ Daryl J. Lapp*
Daryl J. Lapp

## CERTIFICATE OF SERVICE

I, Daryl J. Lapp, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 27, 2024.

*/s/ Daryl J. Lapp*
Daryl J. Lapp
