UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>　　　　Defendant. | No. 24-CV-10577-RGS |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

　　　　Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Ishan K. Bhabha, hereby certify:

　　　　1.　　I submit this certification in support of Defendant's Motion for *Pro Hac Vice* Admission.

　　　　2.　　I am a partner in the law firm of Jenner & Block LLP and a member of the District of Columbia Bar.

　　　　3.　　I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

　　　　4.　　There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

　　　　5.　　I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2024

/s/ Ishan K. Bhabha
Ishan K. Bhabha (D.C. Bar #1015673)
Jenner & Block LLP
1099 New York Avenue. NW, Suite 900
Washington, DC 20001
Tel: (202) 637-6327
Fax: (202) 639-6066
IBhabha@jenner.com