UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>        Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Defendant. | No. 24-CV-10577-RGS |

**CERTIFICATION IN SUPPORT OF**
**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Lauren J. Hartz, hereby certify:

1. I submit this certification in support of Defendant's Motion for *Pro Hac Vice* Admission.

2. I am a partner in the law firm of Jenner & Block LLP and a member of the District of Columbia Bar.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 27, 2024                  */s/ Lauren J. Hartz*
                                       Lauren J. Hartz (D.C. Bar # 1029864)
                                       Jenner & Block LLP
                                       1099 New York Avenue. NW, Suite 900
                                       Washington, DC 20001
                                       Tel: (202) 637-6363
                                       Fax: (202) 639-6066
                                       LHartz@jenner.com