UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>              Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>              Defendant. | CIVIL ACTION NO.: 1:24-cv-10577 |

**CERTIFICATION OF JASON P. SULTZER FOR *PRO HAC VICE* ADMISSION**

I, Jason P. Sultzer, hereby certify under penalty of perjury as follows:

1. I am a Partner with the law firm of Sultzer & Lipari, PLLC.

2. My address is 85 Civic Center Plaza, Suite 200, Poughkeepsie, New York 12601. My telephone number is (845) 483-7100.

3. I submit this certification in support of Mr. David Abrams' motion for my admission to appear *pro hac vice* in the above-captioned matter.

4. I am a member in good standing of the Bar of the State of New York.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with the same.

8.  I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

Dated: March 27, 2024

/s/ Jason P. Sultzer
Jason P. Sultzer
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
(845) 483-7100
sultzerj@thesultzerlawgroup.com

*Attorney for Plaintiffs*