UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,**<br><br>Plaintiffs,<br><br>v.<br><br>**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br><br>Defendant. | Case No.: 1:24-cv-10577-RGS |

## CERTIFICATION OF JANET R. VARNELL FOR *PRO HAC VICE* ADMISSION

I, Janet R. Varnell, herby certify under penalty of perjury as follows:

1. I am a Partner with the law firm of Varnell & Warwick, P.A.

2. My address is 400 N. Ashley Drive, Suite 1900, Tampa FL. My telephone number is (352) 753-8600.

3. I submit this Certification in support of Mr. David Abrams' motion for my admission to appear *pro hac vice* in the above-captioned matter.

4. I am a member in good standing of the Bar of the State of Florida.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to comply with the same.

8. I have not previously had a pro hac vice admission to this Court revoked for misconduct.

Dated: April 2, 2024                                                              Respectfully submitted,

/s/ Janet R. Varnell
Janet R. Varnell
**VARNELL & WARWICK, P.A**
400 N. Ashley Drive, Suite 1900
Tampa, FL  33602
Telephone:  (352) 753-8600
jvarnell@vandwlaw.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this April 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                /s/ Janet R. Varnell
                                                Janet R. Varnell