UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,**<br><br>Plaintiffs,<br><br>v.<br><br>**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br><br>Defendant. | Case No.: 1:24-cv-10577-RGS |

## MOTION FOR ADMISSION OF PAMELA G. LEVINSON *PRO HAC VICE*

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing with the Bar of this Court, respectfully moves for the *pro hac vice* admission of Pamela G. Levinson to appear as counsel for Plaintiffs in the above-captioned action.

As set forth in the attached Certification, Ms. Levinson is a member in good standing of the Bars of the State of Florida and the District of Columbia. There are no pending disciplinary proceedings against her in any state or federal court. She has never been convicted of a felony. She is familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have attached a Certification of Ms. Levinson pursuant to Local Rule 83.5.3.

Dated: April 2, 2024                              Respectfully submitted,

                                             /s/ David Abrams

David Abrams
**DAVID ABRAMS, ATTORNEY AT LAW**
PO Box 3353 Church Street Station
New York, NY 10008
Telephone: (212) 897-5821
dnabrams@wjlf.org

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this April 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                /s/ David Abrams
                David Abrams