U NITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**MASSACHUSETTS INSTITUTE OF TECHNOLOGY,**<br><br>    Defendant. | Case No.: 1:24-cv-10577-RGS |

## **CERTIFICATION OF PAMELA G. LEVINSON FOR *PRO HAC VICE* ADMISSION**

I, Pamela G. Levinson, herby certify under penalty of perjury as follows:

1. I am an Attorney with the law firm of Varnell & Warwick, P.A.

2. My address is 400 N. Ashley Drive, Suite 1900, Tampa FL. My telephone number is (352) 753-8600.

3. I submit this Certification in support of Mr. David Abram's motion for my admission to appear *pro hac vice* in the above-captioned matter.

4. I am a member in good standing of the Bars of the State of Florida and the District of Columbia.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have never been convicted of a felony.

7. I am familiar with the Local Rules of the United States District Court for the District

of Massachusetts and agree to comply with the same.

8. I have not previously had a pro hac vice admission to this Court revoked for misconduct.

Dated: April 2, 2024                                             Respectfully submitted,

/s/ Pamela G. Levinson
Pamela G. Levinson
**VARNELL & WARWICK, P.A**
400 N. Ashley Drive, Suite 1900
Tampa, FL  33602
Telephone:  (352) 753-8600
jvarnell@vandwlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 2, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Pamela G. Levinson
Pamela G. Levinson