**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>        Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Defendant. | No. 1:24-cv-10577-RGS |

**JOINT MOTION TO ALLOW MEMORANDA UP TO TWENTY-FIVE PAGES**

StandWithUs Center for Legal Justice, Katerina Boukin and Marilyn Meyers ("Plaintiffs") and Massachusetts Institute of Technology ("Defendant" or "MIT") (together, the "Parties") jointly move the Court for entry of an order allowing enlargement of the page limit to twenty-five pages for Defendant's opening memorandum in support of its motion to dismiss the Complaint (ECF No. 1), which is due on April 18, 2024, and Plaintiffs' response thereto.

The Parties respectfully submit that permitting memoranda up to twenty-five pages to support and oppose the motion to dismiss is warranted given the substantial number of allegations and issues the moving and opposing papers will need to address. The Complaint comprises 236 individually numbered paragraphs, spanning more than 70 pages, which assert claims of discrimination on behalf of two individual MIT students and an organization. MIT's memorandum will raise multiple arguments seeking dismissal. The Parties are in agreement that a modest expansion of the usual twenty-page limit is warranted given the number of issues that each side will need to address, and they respectfully submit that the additional briefing will aid the Court in its resolution of the motion to dismiss.

1

136986019v.2

Wherefore, the Parties request that the Court enter an order allowing MIT to submit a memorandum up to twenty-five pages in support of its motion to dismiss and allowing Plaintiffs to submit a memorandum up to twenty-five pages in opposition to the motion.

April 4, 2024

STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,

*/s/ Melissa S. Weiner*
Melissa S. Weiner (*pro hac vice)*
  mweiner@pwfirm.com
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
612.389.0600

David Abrams (BBO No. 639250)
  dnabrams@wjlf.org
DAVID ABRAMS, ATTORNEY AT LAW
P.O. Box 3353 Church Street Station
New York, NY 10008
212.897.5821

Jason P. Sultzer (*pro hac vice)*
  sultzerj@thesultzerlawgroup.com
Jeremy Francis (*pro hac vice forthcoming)*
  jfrancis@thesultzerlawgroup.com
SULTZER & LIPARI, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
845.244.5595

Marlene S. Goldenberg *(pro hac vice)*
  mgoldenberg@nighgoldenberg.com
NIGH GOLDENBERG RASO &

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

*/s/ Daryl J. Lapp*
Daryl J. Lapp (BBO No. 554980)
  daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
  liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

          and

Ishan K. Bhabha (*pro hac vice)*
  IBhabha@jenner.com
  202.637.6327
Lauren J. Hartz (*pro hac vice)*
  LHartz@jenner.com
  202.637.6363
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001-4412

VAUGHN PLLC
14 Ridge Square NW, 3rd Floor
Washington, DC 20016
202.792.7927
Neil Swartzberg (*pro hac vice*)
  nswartzberg@pwfirm.com
PEARSON WARSHAW, LLP
555 Montgomery St., Suite 1205
San Francisco, CA 94111
415.433.9000


Janet Varnell *(pro hac vice forthcoming)*
  jvarnell@vandwlaw.com
VARNELL & WARWICK, P.A.
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
352.753.8600

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document filed through the ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

on April 4, 2024.

                                        */s/Daryl J. Lapp*
                                        Daryl J. Lapp

136986019v.2