AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | | |
|---|---|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:24-cv-10577-RGS |
| MASSACHUSETTS INSTITUTE OF TECHNOLOGY | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs StandWithUs Center For Legal Justice, Katerina Boukin, and Marilyn Meyers.

Date: 04/11/2024

/s/ Janet R. Varnell
*Attorney's signature*

Janet R. Varnell, FBN: 0071072
*Printed name and bar number*

400 N. Ashley Drive, Suite 1900
Tampa, FL 33602
*Address*

jvarnell@vandwlaw.com
*E-mail address*

(352) 753-8600
*Telephone number*

(352) 504-3301
*FAX number*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this April 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                    /s/ Janet R. Varnell
                                                    Janet R. Varnell