AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS ) *Plaintiff* ) v. ) MASSACHUSETTS INSTITUTE OF TECHNOLOGY ) *Defendant* ) | Case No.   1:24-cv-10577-RGS |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs StandWithUs Center For Legal Justice, Katerina Boukin, and Marilyn Meyers                                  .

Date:   04/11/2024

/s/ Pamela G. Levinson
*Attorney's signature*

Pamela G. Levinson, FBN: 538345, D.C.: 492046
*Printed name and bar number*

400 N. Ashley Drive, Suite 1900
Tampa, FL 33602

*Address*

plevinson@vandwlaw.com
*E-mail address*

(352) 753-8600
*Telephone number*

(352) 504-3301
*FAX number*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this April 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as identified on the Notice of Electronic Filing (NEF).

/s/ Pamela G. Levinson
Pamela G. Levinson