UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers,<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology,<br><br>Defendant. | Case No. 24-CV-10577-RGS |

**DECLARATION OF JAREN D. WILCOXSON
IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**

Jaren D. Wilcoxson hereby states as follows:

1. I serve as Counsel in the Office of the General Counsel at the Massachusetts Institute of Technology ("MIT"). I make this declaration in support of MIT's Motion to Dismiss Plaintiffs' Complaint. I have personal knowledge of the contents of this declaration and could testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the October 10, 2023 statement of MIT President Sally Kornbluth, *Video transcript: Our community and the violence in Israel and Gaza*, available on MIT's public website at https://president.mit.edu/writing-speeches/video-transcript-our-community-and-violence-israel-and-gaza.

3. Attached as **Exhibit 2** is a true and correct copy of the MIT webpage, *Updates from campus*, as of April 18, 2024, available on MIT's public website at https://web.mit.edu/updates-from-campus/.

4. Attached as **Exhibit 3** is a true and correct copy of the October 12, 2023 statement of MIT Vice Chancellor and Dean for Student Life Suzy M. Nelson, *Timely reminders about safety*

*and community*, available on MIT's public website at https://orgchart.mit.edu/letters/timely-reminders-about-safety-and-community.

5. Attached as **Exhibit 4** is a true and correct copy of the November 8, 2023 statement of MIT Vice Chancellor and Dean for Student Life Suzy M. Nelson, *Campus safety and policies around protests, postering and free expression*, available on MIT's public website at https://orgchart.mit.edu/letters/campus-safety-and-policies-around-protests-postering-and-free-expression. Exhibit 4 is referenced in paragraph 205 of the Complaint and on page 10 of Exhibit A to the Complaint.

6. Attached as **Exhibit 5** is a true and correct copy of the November 9, 2023 statement of MIT President Sally Kornbluth, *Today's protest and counterprotest*, available on MIT's public website at https://president.mit.edu/writing-speeches/todays-protest-and-counterprotest. Exhibit 5 is quoted in paragraphs 167 and 169 of the Complaint.

7. Attached as **Exhibit 6** is a true and correct copy of the February 13, 2024 statement of MIT President Sally Kornbluth, *Video transcript: Actions related to a student organization*, available on MIT's public website at https://president.mit.edu/writing-speeches/video-transcript-actions-related-student-organization. Exhibit 6 is quoted on page 23 of Exhibit A to the Complaint.

8. Attached as **Exhibit 7** is a true and correct copy of the MIT Institute Discrimination & Harassment Response Office (IDHR) webpage, *How is MIT's disciplinary process handling incidents related to campus tensions stemming from the Israel-Hamas war?*, as of April 18, 2024, available on MIT's public website at https://idhr.mit.edu/policies-procedures/disciplinary-process-incidents-Israel-Hamas-War.

9. Attached as **Exhibit 8** is a true and correct copy of the November 14, 2023 statement of MIT President Sally Kornbluth, *Video transcript: Tensions on campus*, available on

MIT's public website at https://president.mit.edu/writing-speeches/video-transcript-tensions-campus. Exhibit 8 is referenced on page 13 of Exhibit A to the Complaint.

10. Attached as **Exhibit 9** is a true and correct copy of the December 19, 2023 statement of MIT Chancellor Melissa Nobles, *An update on Standing Together Against Hate*, available on MIT's public website at https://orgchart.mit.edu/letters/update-standing-together-against-hate.

11. Attached as **Exhibit 10** is a true and correct copy of the January 3, 2024 statement of MIT President Sally Kornbluth, *New steps for a new year*, available on MIT's public website at https://orgchart.mit.edu/letters/new-steps-new-year.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 18, 2024                              */s/ Jaren D. Wilcoxson*