### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>        Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>        Defendant. | CIVIL ACTION NO.: 24-CV-10577 |

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING OR AMENDED COMPLAINT

Plaintiffs StandWithUs Center for Legal Justice, Katerina Boukin and Marilyn Meyers ("Plaintiffs") respectfully move this Court for an order extending by two weeks Plaintiffs' deadline to respond to Defendant's Motion to Dismiss.

Plaintiffs filed their Complaint on March 7, 2024, and Defendant Massachusetts Institute of Technology's ("MIT") deadline to respond was April 4, 2024. *See* ECF No. 10. MIT sought and received an extension on March 27, 2024, extending their deadline to respond to the Complaint to April 18, 2024. ECF No. 19. On April 18, 2024, MIT filed a Motion to Dismiss the Complaint ("Motion to Dismiss"). ECF No. 32. Pursuant to the Local Rule 7.1, Plaintiffs' current deadline to respond to the Motion to Dismiss is May 2, 2024.

Plaintiffs request, and MIT does not oppose, a brief extension of Plaintiffs' deadline to file an opposition to MIT's Motion to Dismiss or an Amended Complaint in lieu of an opposition, at their election, to May 17, 2024. MIT consents to this request.  The purpose of the extension request is to allow Plaintiffs' undersigned counsel the opportunity to review the arguments in the Motion

to Dismiss and determine whether any amendment would narrow or correct any alleged pleading

deficiencies and/or respond fully to the arguments in the Motion to Dismiss.

Dated: April 19, 2024

/s/ Melissa S. Weiner

Melissa S. Weiner (pro hac vice)
mweiner@pwfirm.com
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
612.389.0600

David Abrams (BBO No. 639250)
dnabrams@wjlf.org
DAVID ABRAMS, ATTORNEY AT LAW
P.O. Box 3353 Church Street Station
New York, NY 10008
212.897.5821

Neil Swartzberg (pro hac vice)
nswartzberg@pwfirm.com
PEARSON WARSHAW, LLP
555 Montgomery St., Suite 1205
San Francisco, CA 94111
415.433.9000

Marlene S. Goldenberg (pro hac vice)
mgoldenberg@nighgoldenberg.com
NIGH GOLDENBERG RASO & VAUGHN
PLLC
14 Ridge Square NW, 3rd Floor
Washington, DC 20016
202.792.7927

Jason P. Sultzer (pro hac vice)
sultzerj@thesultzerlawgroup.com
Jeremy Francis (pro hac vice forthcoming)
jfrancis@thesultzerlawgroup.com
SULTZER & LIPARI, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
845.244.5595

Janet Varnell (pro hac vice)
 jvarnell@vandwlaw.com
VARNELL & WARWICK, P.A.
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
352.753.8600

## **LOCAL RULE 7.1(a)(2) CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for

Plaintiffs has conferred with counsel for Defendant concerning the subject matter of this Motion

and that Plaintiffs do not oppose the relief requested.

*/s/Melissa S. Weiner*
Melissa S. Weiner

## **CERTIFICATE OF SERVICE**

I, Melissa S. Weiner, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 19, 2024.

*/s/ Melissa S. Weiner*
Melissa S. Weiner