# EXHIBIT A

# Detailed description of key events affecting the Jewish and Israeli Community at MIT

March 1st, 2024*

This report documents the rise of antisemitism at MIT in the year that lead up to the October 7 attack, and the eruption of hostilities towards Jews and Israelis that ensued. The data collection and recording was a collaborative effort among faculty, students, and staff, representing a broad cross-section of the affected community.

This is not a fully comprehensive report. Events have been anonymized where possible. However, several reports have been omitted to protect the identities of individuals within this small community. For this same reason, witness accounts have only been selectively included.

We hope that in reading this document you can obtain an inside view into the experience of Jewish and Israeli members of the MIT campus. We further acknowledge that other communities at MIT are also affected by the current situation on campus. The Jewish and Israeli community, as a whole, stands in solidarity with anyone experiencing personal pain and trauma. This report is not meant to diminish the experiences of others.

While we are living through a national crisis, affecting many academic institutions, MIT has a unique social fabric, and our experiences here have not mirrored those in other institutions. To preserve this fabric and refocus the institute to its core mission, MITs faculty and its leadership must work together. We hope that this report is a first step in helping the broad MIT community to understand the challenges persisting on our campus, in order for us all to be able to heal MIT together.

* This is an evolving document

1

## Contents:

October 22nd, 2022: CAA, CIS, Anthropology and WGS Co-Host Mohammed El-Kurd   3

April 18th, 2023: Defacing Jewish Holocaust Commemoration Display   4

April 30th, 2023: Nazi Swastika Drawing on a Jewish Faculty Board   4

October 8th, 2023: CAA Justifies Hamas's Oct 7th Massacre   5

October 10th, 2023: Chalking on MIT property   6

October 17th, 2023: Misinformation Spread   7

October 19th, 2023: Incitement and harassment calls at a CAA Rally   8

October 23, 2023: CAA Interrupts Classes to Spread its Propaganda   8

October 30, 2023: CAA "Die In" in Lobby 7 (Banned Protest Space)   9

November 2nd, 2023: CAA Disorderly Behavior at MISTI and the President's office, Harassing Staff and threatening Faculty   9

November 8th, 2023: Posted "Sally You Can't Hide" on Social Media   10

November 8th, 2023: Faculty Letter, Rules Clarification and DSL Meeting   10

November 9th, 2023: Blockade Rally Out of Control   10

November 12th, 2023: Boston Rally Blocks Mass Ave   12

November 13th, 2023: Online bounty on Jewish student   13

November 14th, 2023: Announcement STAH initiative   14

November 14th, 2023: "Whatever means possible:" Safety Concerns Stoke Fear   14

November 15th, 2023: Recording the MIT Faculty Meeting   15

November 16th, 2023: Chaplain event incites hatred against jews   15

November 27th, 2023: DEI Issues Left Unaddressed   16

December 4th, 2023: Antisemitism is not the priority   18

December 6th, 2023: CAA Hosts Speaker Encouraging Targeting of Hillel   18

December 6th, 2023: Harassment of students at Hillel   19

December 7th, 2023: Holocaust desecration posters   19

December 13th, 2023: Karchmer Resignation   19

December 14th, 2023: Hockfield Rally Inciting Violence   20

December 21st, 2023: Support of Houthi Terror Attacks   21

January 24th, 2024: Standing Together Against Hate Program Publication   22

February 12th, 2024: Lobby 7 Takeover   22

February 26th, 2024: IDHR issues no-contact orders against CAA members   24

March 8th, 2024: Faculty Blacklisted and Students Targeted for Israeli Collaboration   25

March 19th, 2024: PFLP Poster on Student Club Door   27

March 20th, 2024: Event Featuring Book by PFLP Member and Speaker Recruiting for the PFLP and / or Other Revolutionary Terrorist Organization   28

Graduate Student Union (GSU) involvement and support of the BDS   30

What is Dormspam? - A major source of distress for Jewish students   35

**Sources corresponding to information detailed below are available here.**

## October 22nd, 2022: CAA, CIS, Anthropology and WGS Co-Host Mohammed El-Kurd

MIT's Center for International Studies (CIS), Department of Anthropology, Women's & Gender Studies (WGS) department, and the Coalition Against Apartheid (CAA), co-hosted Mohammed El-Kurd. According to the Anti-Defamation League (ADL) – the leading anti-hate organization in the world whose mission is "to stop the defamation of the Jewish people and to secure justice and fair treatment to all" – El-Kurd "has accused Israelis of eating the organs of Palestinians and of having a particular lust for Palestinian blood. He has compared Israelis to Nazis, negated the historic Jewish connection to the Land of Israel, and vilified Zionism and Zionists."

Concerned students contacted both the CAA and MIT WGS about Mr. El-Kurd's history of spreading racist conspiracy theories about Jews, yet the event continued as planned. Consequently, Mr. El-Kurd proceeded to make numerous fallacious and defamatory allegations at the MIT event,  asserting that students at MIT who served in the IDF had tied up and gassed Palestinian children. He even said, "I hope every one of them [IDF veterans] dies in the most torturous and slow ways," although Israel holds a mandatory draft law (similar to many European countries). In so doing, El-Kurd used his platform as an invited guest to humiliate and incite hatred against specific students – Israeli students – without evidence, and express support for violence against them on our campus.

This explicitly violates MIT harassment policy. In her congressional testimony, President Konbluth testified that, according to MIT policy, if calling for the genocide of Jews is "targeted at individuals" it can be considered harassment. Mr. El-Kurd's incitement was unmistakably targeted at specific individuals. He didn't have to reveal their identities in public or provide proof for his slanderous statements; to Mohmammed El-Kurd, violence against Israelis is noble.

*We emphasize that while we defend our commitment to free speech on campus, including those whose ideas we may find abhorrent, there must be a clear standard to disqualify the invitation of speakers who promote harassment and advocate for violence against members of our community, either personally or as an ethno-religious group.*

An article published in The Tech raised a flag about this event and the future issues it will bring to campus.

## April 18th, 2023: Defacing Jewish Holocaust Commemoration Display

A display commemorating the Jewish Holocaust in Lobby 7 was marked with "Free Palestine" slogans on Holocaust Remembrance Day. While the perpetrator of this act is unknown, the CAA proudly promoted this action through their Instagram account.

Note: All "Stop antisemitism" and "Fight antisemitism" markings in the picture below were added after the "Free Palestine" marking and possibly in response to it.



## April 30th, 2023: Nazi Swastika Drawing on a Jewish Faculty Board

The notorious Nazi symbol was drawn on a board belonging to the research group of a Jewish faculty member, between two students' offices. The PI's name is listed on the doors and is identifiably Jewish.



While MIT police were contacted and a complaint was filed with them, the Jewish faculty member has not yet received an update nor indication of follow-up actions.

## October 8th, 2023: CAA Justifies Hamas's Oct 7th Massacre

Statements providing unequivocal support, justification, and glorification of the massacre of unarmed civilians committed by Hamas in Israel on October 7th were sent to the MIT student body and publicized on associated social media platforms. Specifically, the CAA sent out an email to all MIT undergrad dorms, put out a statement with the Palestine@MIT group, and posted it on their social media accounts (Instagram, and X/Twitter) starting on October 7th and

4

the days immediately following. This was done when the gruesome extent of the massacre was already clear, yet well before any Israeli military response occurred and any innocent Gazans had yet been caught in harm's way.

These statements included (see examples below) "Victory is ours," "...affirming the right of all occupied peoples to resist," "this resistance is 100% predictable and justified," "Palestinians cannot invade Palestine," etc. The fact that this letter was published on October 7 and explicitly references violence in the context of affirming a right to resistance makes it indisputably clear that the letter aimed to provide support and justification for the October 7 massacre and the taking of hostages. One of their posts on "the resistance rises" was signed by the "Samidoun" organization, a known affiliate for the recognized terror organization "Liberation of Palestine".

Additionally, the CAA called for supporters to attend the Cambridge rally that took place on Oct 9th that declared 'victory' in celebration of these heinous attacks. This was their joint statement sent via email to the MIT community.

Selected Examples:

---

To the MIT community,

In light of recent events in Palestine, the MIT Coalition Against Apartheid and Palestine@MIT denounces the settler colonial occupation by Israel, which is the root of the current situation. Colonization itself is inherently violent; we thus affirm the right of occupied peoples to resist their oppressors and stand in solidarity with the Palestinian people. For more information, please view the full statement here.

If your organization would like to sign on, fill out this form: https://tinyurl.com/mit-pal-23

**Additionally, there will be a rally at Cambridge City Hall tomorrow (10/9)** at 4PM. If you would like to join the MIT group, **meet at Killian Court at 3PM** to walk over together.

Until liberation,
MIT Coalition Against Apartheid
Palestine@MIT

---

<u>CAA posts on, and soon after, Oct. 7:</u>





## October 10th, 2023: Chalking on MIT property

Students chalked "Free Palestine", "Resist the Oppression", and more anti-Israel slogans on the steps of Lobby 7 and elsewhere on campus.  ("From Hamas" statements were added by other students in response).  Again, these slogans on social media were posted right after the October 7th massacre, not before, thereby unambiguously  sending a message that the massacre was in their minds a justified form of resistance.



## October 17th, 2023: Misinformation Spread

Following a news story that Israel had deliberately attacked a large hospital in Gaza killing 500 people, which later was retracted as erroneous, an email was sent out by the CAA and affiliated organizations repeating the false claim that Israel was to blame. This was sent to the entire MIT undergraduate student body, despite rebuffing by the U.S. Senate Intelligence Committee, the Wall Street Journal, and others. The CAA has not, to this date, retracted their irresponsible statement, nor did they seek contrition for spreading such falsehoods on campus. Instead, one Jewish student who responded in an attempt to set the record straight was subsequently accused of "denying an active genocide."

Mistakes may be excused if the perpetrator expresses contrition. However, this claim was deliberately sent to the entire MIT undergraduate class (over 4,500 students) with no accountability for its impact.

> **Sent:** Tuesday, October 17, 2023 11:35 PM
> **To:** mit-caa-exec <mit-caa-exec@mit.edu>
> **Subject:** Emergency Rally to Stop Genocide! Thursday @ 5PM outside Stud
>
> ==TL;DR: Stop the Genocide: Emergency Rally for Palestine on Thursday 10/19 @ 5PM outside the stud==
>
> Earlier today, Israel dropped bombs on the al-Ahli Arab Hospital where thousands of Palestinians displaced by the current genocide were seeking shelter and care. Over 500 people and counting were massacred. At a hospital. Over 3000 Palestinians in Gaza have been killed by Israeli forces, with over 12,500 injured and over 1 million facing death as food, water, and fuel run out under the brutal Israeli blockade and the never-ending airstrikes.
>
> **There is an active genocide happening right now,** and it is unconscionable not to act.
>
> When the Israeli occupation controls the movement, the food, the water, the medicine, and the electricity of 2.2 million Palestinians in Gaza, when they drop over 6000 bombs in 6 days on a population with nowhere to go, when the only options given are to flee your homeland or to face death, and then when you choose to flee, they bomb you on your way out—choosing death for you—then it is not a war. **It is a genocide, and one that did not just start this past week.**
>
> As students at MIT which **proudly boasts Israeli President Benjamin Netanyahu as an alum,** as residents of the US which **actively bankrolling billions for this genocide,** and as humans, we cannot remain silent.
>
> Join us and several other student organizations for a **rally to demand an end to this genocide** and for the liberation of Palestine from Israeli occupation and colonization. Share this as widely as you can.
>
> **We need the strength of millions around the world to fight for justice, and that includes all of you. Everyone should be there. The time is now.**
>
> ==**When:** Thursday, 10/19 @ 5PM==
> ==**Where:** Outside the Student Center==
>
> **Free Palestine,**
> MIT Coalition Against Apartheid
> Palestine @ MIT
> MIT Black Students Union
> MIT Black Graduate Students Association
> MIT Asian American Initiative
> MIT Divest
> MIT Reading for Revolution
> MIT Student Worker Alliance
> Party for Socialism and Liberation

*Evidence that the damage was caused by a mid-flight failure of an Islamic Jihad rocket: NYT, WSJ, CNN, NPR. Additionally, The Senate Intelligence Committee, as well as President Joe Biden, have confirmed this investigation.

## October 19th, 2023: Incitement and harassment calls at a CAA Rally

A CAA rally, held outside the Student Center, included chants of "One Solution: Intifada Revolution" and "From the river to the sea, Palestine will be free." Some protesters directly harassed Israeli students who were filming the protest quietly and unobtrusively from the side. One protester held their bicycle up as if to threaten an Israeli student, before getting very close to her and saying "Your ancestors [referring to Holocaust victims] didn't die to kill more people."

Slogans such as "Intifada revolution" and "From the river" are typically assigned explanations that place them in a non-harassing context, while for Israelis, and many Jews, they have far darker meanings. In the past, the Arabic word Intifada ("shaking off") had  non-violent connotations, and "Free Palestine" usually referred to Palestinian self-determination.    Yet "Intifada" was the name Palestinians gave to two increasingly violent  periods in recent history that provoked a campaign of suicide bombings that terrorized Israel in the early 2000s. Moreover, the slogan "from the river to the sea" originated in Arabic during the foundation of the State of Israel to denote that the partition of Israel into Jewish and Arab states was invalid and that "from the river to the sea, Palestine will be Arab (or Islamic)" (cf. this Wikipedia article). So, once again, context matters: with these phrases being used in the aftermath of a massacre of Jews, it is obvious for Jewish listeners to hear the threatening interpretations of these phrases. Members of our community, especially ones of Israeli descent, experienced the violence of the intifadas and rejected any notion that the term means anything other than violence against Israelis. For members of the MIT community to *fail* to take this into account despite our many attempts to decry the use of such language, when the same ideas regarding Palestinian self-determination and freedom can be communicated with different terminology, is to fail the MIT policy of "respect for the rights, differences, and dignity of others." Ignorance of the connotations of these terms cannot be an excuse, especially when used repeatedly over the course of several months.

## October 23, 2023: CAA Interrupts Classes to Spread its Propaganda

The MIT CAA staged a 'classroom walkout' at 11:30 AM, i.e. during class time. MIT instructed lecturers to: "exercise flexibility, where you can, for any students who wish to engage in limited protests about matters that are important to them. Students who wish to participate should do so in a way that respects the need of others to continue their instruction in the class."

Despite the clear instruction to allow the general student body to continue their studies, some lecturers chose to end their class at 11:30 to support this action, which clearly failed to respect the need of others to continue their instruction in the class. The walkout also violated the MIT time and manner procedures for protests. More troublesome, some lecturers who wanted to continue their educational mission were disrupted by chants of "Free Palestine" from those who left. See here for 3.091, Introduction to Solid-State Chemistry, and here for 18.06, Linear Algebra, among others.

Additional violations of MIT policies, include placing posters on all lecture halls seats to advertise the walkout.



## October 30, 2023: CAA "Die In" in Lobby 7 (Banned Protest Space)

The CAA publicly advertised and then ran a "die-in,". They posed inside Lobby 7 and disrupted foot traffic, despite rules prohibiting such indoor demonstrations.



This was the first of several deliberate protest acts to disrupt normal conduct and movement through the main entrance of MIT. We emphasize that this is certainly not an antisemitic event, and at the same time, it is a violation of MIT rules which we did not enforce and thereby 'opened the door' to the more severe and antisemitic violations reported below.

## November 2nd, 2023: CAA Disorderly Behavior at MISTI and the President's office, Harassing Staff and threatening Faculty

After launching a campaign against the MISTI-Israel Lockheed Martin Trust Fund, the CAA protested at the MISTI (MIT International Science and Technology Initiatives) offices, harassing MISTI staff. To quote a faculty member present at the event:

> *"They insistently rattled the door handles of offices that were closed with staff inside; and they congregated outside of and entered the office that facilitates MISTI's programming in the Middle East, and at least one other office. Their chants included: 'From the river to the sea…', 'MISTI, MISTI, you can't hide,' and cries associating MISTI with genocide"*

After the incident, many staff reported feeling alarmed, intimidated, and afraid during the protest. Some staff members said they felt trapped in their offices, anxious about the prospect of verbal and physical assault. Rattling door handles is not necessary to convey speech; it is a precursor to physical violence.

The students later protested outside the office of the faculty director of MIT-Israel MISTI program, linking his name specifically with their claimed ongoing genocide. The faculty member felt threatened and did not return to campus for several weeks, due to personal safety concerns.

Last, the students also forcefully stormed into MIT President Sally Kornbluth's office, who wasn't present at the time. A police officer was subsequently placed outside the President's office, indicating a real concern for her safety and that of her staff following this event.

## November 8th, 2023: Posted "Sally You Can't Hide" on Social Media

A video was posted on the CAA's Instagram account showing a poster with President Sally Kornbluth's name with painted blood. This poster, which some students report seeing as posting an implicit threat of violence due to the use of 'blood font', was later publicly used at the CAA's illegal blockade on Lobby 7. Explicit references to a specific Jewish Professor involved with the MISTI-Israel program were also listed on posters, requiring that they "end the fund" (terminate an educational program). In the context of the forthcoming blockade, many perceived this as an act of threat and intimidation.



## November 8th, 2023: Faculty Letter, Rules Clarification and DSL Meeting

Following the MISTI protest and harassment of MIT employees, and in anticipation of the Lobby-7 blockade, over 100 faculty signed an urgent letter to the administration asking them to enforce the MIT rules moving forward. On the same day, the Division of Student Life (DSL) sent a letter to all students clarifying the rules for campus protests and announcing procedures for accelerated action on reports of harassment and discrimination, including use of interim disciplinary action. Later that day, the CAA announced they would continue with the Lobby-7 blockade, despite the DSL email and its clear statement that rules violations can be subject to immediate disciplinary consequences.

## November 9th, 2023: Blockade Rally Out of Control

The CAA announced a full-day blockade of Lobby 7, in clear violation of MIT's protesting policies. Following repeated requests by members of the faculty, MIT's long-standing protest policy was sent to all members of the MIT community as a reminder of what actions are allowed on campus. The CAA chose to ignore MIT's guidance and announced that they would proceed with the illegal blockade.

Following the CAA's decision to disregard MIT's policies, DSL called for a meeting with leaders of the Jewish community, asking them to avoid counter-protesting the CAA blockade. In light of the numerous events that took place the weeks before, and the rules clarification shared with the community, the meeting attendees asked what consequences there would be for this unlawful protest. Despite acknowledging their ability to enact interim disciplinary action to handle the blockade, DSL did not offer assurance that this event would be handled differently than past events or that it would lead to consequences this time. The meeting attendees expressed their concern about MIT's lack of a concrete action plan for handling the planned blockade or past events. They explained that incitements to aggression against the Jewish community had become unbearable for them, that they were being dehumanized on campus, and that they felt that this time they must stand and show their humanity on campus.

By not ensuring clear physical separation between the groups, MIT unintentionally facilitated a direct interface between the groups, which risked turning physical.

Seeing a real risk for a physical altercation, MIT leadership used its interim action policies and issued a warning at noon that all students remaining in Lobby 7 after 12:15 pm would be subject to suspension (including any personal ramifications such action can lead to). The letter was handed to the students by faculty and student support staff, who clarified that this instruction came directly from the president.



Although the Jewish counter-protesters left, without exception, CAA protesters chose to stay and defy the President's orders.

Later in the day, following social media calls by the CAA, numerous unaffiliated non-student protesters arrived to join the protest and flood the Lobby 7 area. Warnings were subsequently issued by the MIT Police and by Hillel to avoid Lobby 7.



Later, while students were still refusing to leave Lobby 7, the Department of Urban Studies (DUSP)t Head and DEI officer reached out through an official email. They did not condemn the students' breach of MIT rules, nor urge compliance with the MIT leadership's directive to vacate the area. Instead, they inquired whether the students had received further notices from the Institute regarding potential suspensions. The message was interpreted by many students as an indication that the Department supports the CAA students in their stance against the MIT administration and would defend them from the consequences of breaking MIT's policies. The DEI Officer for DUSP who cosigned this email, Sophia Hasenfus, had previously endorsed X/Twitter posts stating that "Israel doesn't have a right to exist" and denied the beheading of infants on October 7th, as seen here (the X account is no longer public).

## November 12th, 2023: Boston Rally Blocks Mass Ave



The CAA co-sponsored a rally that came to protest at MIT, blocking Mass Ave and entrances to Lobby 7. Chants calling to "Globalize the Intifada" and "There is only one solution: Intifada revolution" rang through MIT's campus. As mentioned above, it is widely known that in the context of Israel many uses of "Intifada" refer to violence against civilians. Calling for it to be globalized, in the context of the 10/7 massacres, was reported to have raised fear among Jewish students who worry this violence could target them here at MIT. Many Jewish students reported

locking themselves in their dorms out of fear of being harmed by these non-MIT protesters, and many decided to travel home because it was too much to handle.

Speeches delivered that day were directly aimed at inciting violence, for example:

> *"It is our duty to fight… history requires trouble… resistance is resistance…it is not enough to exist passively…not enough for us to come out and march…we have to shake history with our own two hands…when we free Palestine the whole damn world is coming with us…resistance requires sacrifice."*

The leaders of the CAA also delivered speeches taunting MITs administration for backing down:

> *"Sally Kornbluth is new to MIT; she doesn't know how we operate yet. We won't back down (repeated manyfold)…We stood up to one of the most powerful institutes in the world and got THEM to back down!"*

## November 13th, 2023: Online bounty on Jewish student

Videos from the Lobby 7 blockade are being posted online. First by MIT students and then shared by others. One Jewish student in particular was identified trying to enter the Infinite directly, walking through students blocking their way.

A carefully edited video showing only a small part of the full incident (e.g. omitting parts where Jewish students were shoved) was shared online and went viral. The popular Twitter page "Stop Zionist Hate" shared the video, offering a $800 bounty to anyone who can identify the student. The student was named soon after and a different post appears stating that "he is wanted all over campus and the city. Zionism and Israel are the scourge of humanity. His head should be crushed wherever he is seen."



This is the most egregious case of Doxxing we are aware of. The student stayed locked up in their dorms for weeks with their friends bringing food, check-ins from the police, and their family terrified for their safety. While less extreme, there are unfortunately many more cases of Doxxing, promoted explicitly by MIT students.

MIT has an off-campus misconduct policy, which it can choose to apply to online behavior, just as it would to real-world altercations between students on the Boston Common. We are not aware of CoD reviews of student Doxxing incidents and are hoping they are indeed being done.

13

## November 14th, 2023: Announcement STAH initiative

A new campus-wide initiative has been announced: Standing Together Against Hate (STAH). The announcement talks about the rise of antisemitism in the world and how we cannot let it poison our community. It says that "antisemitism will be our initial primary focus" and that a "group within it [STAH] will spearhead efforts to combat antisemitism at MIT, and we'll announce the leaders soon". The leaders were never announced.

## November 14th, 2023: "Whatever means possible:" Safety Concerns Stoke Fear

Several instances in which non-Jewish students were exposed to hateful and troubling behaviors have been reported. Such incidents have been communicated as warnings to Israeli/Jewish friends to keep out of harm's way, or directed towards non-Jewish students who would not disavow their Israeli friends. In some settings, students shared that they were required to express support for Palestine and/or condemn Israel in order to be included in parties. In other settings, if they are not willing to take a side, they are told that they are "genocide supporters".

In the example below, a non-Jewish student shares a distressing account of the hostile environment on campus after witnessing fellow students condoning violence. Note the "by any means possible" rhetoric, which has been normalized on campus.

**Subject:** Regarding the Safety of Jewish Students

Dear ⬤

I commend your brave message earlier today calling for the release of the innocent people held hostage by the terrorist organization Hamas, and your call for peaceful, reasonable dialogue between Jewish students and Hamas supporters.

However, and I say this with the best intentions possible, I believe that you are wasting your breath. A memo put out earlier today by the CAA, Palestine @ MIT, Black Students Union, Black Graduate Students Association, and Arab Students Organization praises the actions of Hamas, saying that it is the right of the "oppressed" to fight their oppressors using whatever means they wish.

I live in a majority pro-Palestine ILG, which is why I am not posting this to all of MIT, for fear of my well-being, but I would like to share what I have heard from several members of the CAA residing at the ILG, including several personal friends of Jonathan. They say that Israeli Jews, including children, "deserve" the violence perpetuated against them for residing in Israel while Palestine is occupied, and that Jews as a whole "deserve" the treatment given to them at MIT and other universities if they support Israel.

I fear that the pro-Hamas protests will eventually turn violent, as they are lead by people who believe that violence is an acceptable means of protest.

I implore you to not tell others that I said this, but to share this message to the MIT Jewish community: the CAA, BSU, and ASO view violence as an appropriate form of protest and will almost certainly resort to larger-scale violence eventually. If you fear for your safety, you should reach out directly to the police, not to the useless administration who tacitly supports the CAA.

Keep fighting the good fight,

## November 15th, 2023: Recording the MIT Faculty Meeting

An Institute-wide faculty meeting was convened to discuss the situation on campus. Students from the CAA attended, which is highly uncommon but allowed by MIT rules. After the meeting, videos were circulated on social media, showing the president addressing selected faculty comments. Sound recordings of individual faculty were also disseminated, even making it to NPR. The recordings and videos were reported to have been edited to include only selected statements, allowing them to be presented out of context. This led to the Faculty receiving harsh responses, accusing them of promoting extreme stands (e.g. against DEI), which they never did. To the best of our knowledge, information from a faculty meeting was never disseminated publicly and in such a falsifying manner.

The students also attended the next institute-wide faculty meeting on February 20th. This time as a larger group, with one even carrying a drum. At the beginning of the discussion session, a faculty member called an executive session. The motion was supported by the faculty and the students were instructed to leave. The meeting continued without interruptions.

## November 16th, 2023: Chaplain event incites hatred against jews

A student attending an event titled "Planetary Health: Indigenous Land, Peoples, and Bodies" hosted by an MIT Interfaith Chaplain, reports that the chaplain repeatedly diverted the discussion to proclaim Israelis as white European colonizers and Palestinians as oppressed people of color. e.g., *"[Palestinians are] wrongfully subjugated and oppressed by racist white European colonizers"*. Towards the end of the event the Chaplain was reported to have asked the Jewish students to self-identify when serving dessert. Students attending the event reported feeling fear and dismay at this behavior by an MIT staff member, who still holds a student-facing role today.

Students report that the Interfaith Chaplain in question participated in the "victory is ours" November 9th protest, was a *speaker* at the November 12th protest that blocked Massachusetts Ave, and was a participant at the CAA's "artmaking" event on February 8th which was organized to create materials for the group's unsanctioned protest on February 12th. The Chaplain is reported to frequently underscore the singularity of Palestinian Indigeneity at CAA events, without any mention or reference to the written history of Indigeneity of Jews. While everyone is entitled to their own personally held beliefs, one can question the appropriateness of such active participation in CAA events by an MIT employee serving in a student-facing role, and who should be a resource to all members of our community.

The behavior of this Chaplain was reported to IDHR by a student whistleblower, who hoped to stay anonymous for fear of retaliation. However, despite the daming claims put forth, and the fact that the event described in the complaint was public with several witnesses that can be contacted to corroborate the complaint, IDHR decided not to investigate it. This interfaith Chaplain, who preaches antisemitism, is still employed by MIT in this role. The ordeal of the anonymous student who reported this to IDHR, and was later forced to identify, is detailed in this

document ([link](link)). The initial report, which was sent also to members of MITs' senior leadership at the time, is pasted below:



Dear MIT faculty,

At last night's "Planetary Health: Indigenous Land, Peoples and Bodies" event, Interfaith Chaplain ███████████████ explicitly diverted the group discussion, **4 times**, to proclaim that Palestinians are being "wrongfully subjugated and oppressed by racist white European colonizers" (among other similar statements).

The most disturbing portion of the evening was when ███ instructed attendees to remain seated while she prepared dessert. She mentioned that there were three desserts, one of which is Kosher (the macaroons), and she **asked people to raise their hands if they are Kosher**. She proceeded to walk around handing out the desserts to each of us in attendance. As she did this, ███ examined our reactions to the desserts in a way that made me, a non-Jewish American student, actually feel that she was trying to figure out if I was.

As an attendee of this event, and a lifelong member and ally of the Indigenous community in my hometown, I am deeply disturbed by ███'s criticism and excoriation of groups that, needless to say, have nothing to do with Native American sovereignty, rights, or environmental justice on MIT's campus. In fact, two of the evening's invited guests – an Elder of the Ramapough Lenape Munsee, Deer Clan, and a Professor who founded the Quechua Initiative of Global Indigenity at Harvard University – expressed visible uneasiness in their comportment when Nina brought up the "genocide in the Middle East perpetrated by Israeli colonizers." ███'s omission of the reasons for the diaspora of Jewish people that led to the founding of Israel (i.e., the holocaust) is also indicative of her bias. One-on-one, I reminded her at the event that the history of the Jews in Israel is ironically quite similar to the diaspora of Nations in the American West who were displaced from the East and had to find new homes. She paused, looked at me like I was crazy, and then proceeded to dismiss my comment by clarifying to a larger group that Israelis are colonizers.

At 24 years old, I have studied at four different academic institutions between high school, college, and now MIT. In all that time, I have **never felt as uncomfortable as** ███ **made me feel yesterday**, let alone in a space devoted to Indigenous heritage and honoring the voices of those who perished simply because of their heritage. To that end, as a student who feels no particular connection to the Israel-Palestine conflict, I am **outraged** by Nina's behavior. After doing some reading, it is clear to me that ███'s words and actions are in direct violation of MIT's Discrimination and Harassment Policy, P&P Section 9.3, 9.4, and 9.5.

I believe that ███'s role as an MIT staff member is destructive and divisive. She inappropriately mentioned a highly sensitive situation in a safe space, **a space where she made us students feel unsafe** because of who we are or who she thinks we might be. Moreover, the Indigenous leaders who ███ hosted displayed discomfort at ███'s words, which **reflect very badly on MIT and our struggling Native American community**.

I do not demand any action be taken against ███, but do kindly request that her actions be brought to the attention of our Institute's senior leadership.

Please keep my message anonymous.

Regards,

## November 27th, 2023: DEI Issues Left Unaddressed

A departmental DEI officer [endorsed posts](endorsed posts) online claiming, among other things, that *"Israel doesn't have a right to exist, it's an illegitimate settler-colony like the US."* and denying the Oct. 7th massacre: *"The actual president said he saw photos of beheaded babies that he didn't actually see (because they don't exist because it didn't happen), and I just think we need to unplug the propaganda machine"*. Students reported that this officer was also actively working with the CAA to arrange their rallies.

In a different case, an MIT postdoc was reported to spread blood libel propaganda and hate speech, e.g.:

> *"Seriously, at what point do we consider Zionism to be a mental illness? ... Then I thought.. ironically, here I am believing that Zionist Israelis are Jewish fundamentalists who want to enslave the world in a global Apartheid system and destroy the lives and livelihoods of anyone who dares to dissent."*

Later the postdoc admitted: *"Sorry, am I sounding antisemitic?"* In other posts, they accused "Zionists" (which many in the MIT community are) of organ harvesting, and compared Israelis to Nazis.





In response, a concern was raised to the postdocs departmental DEIJ (Diversity, Equity, Inclusion, and Justice) representatives. The DEIJ officer acknowledged the pain that this person is causing to students, but questioned if their posts are in-fact antisemitic. They went on to claim that the conspiracy theory that "Zionists" harvest organs of Palestinians is based on "confirmed reports," and exposing ignorance with regards to modern antisemitism that substitutes "Judaism" with "Zionism" to avoid being called antisemitic. Rather than unquestioningly acknowledging the issue and offering concrete support to the students (as commonly accepted to be the practice of DEIJ), this DEIJ officer discouraged the victims from even reporting it: "I would be very cautious before accusing any one of our colleagues, staff, or trainees of hate speech."

Dear ⬤

Thank you for sharing this with us and I'm so sorry for the delay getting back to you. I was immersed in qualifying exams these past couple of days and just emerged.

I appreciate how disturbing the posts are and I share your pain and upset at them. The tweets in question are inflammatory and polarizing and their tone is at odds with the values we try to instill in our community. We work hard within the building to set standards for mutual respect and compassion -- and we try to model and foster the kind of communication that leads away from divisiveness and towards mutual understanding. Recently, we have written to our community about the need to build greater empathy during these challenging times. And we are currently in the process of sending out additional communications to our community to reinforce our values around respectful dialogue at our upcoming bimonthly community of practice meeting (attended by faculty, staff, postdoc and student representatives from every lab and staff unit in the building) as well as with a building-wide email about resources at IDHR and elsewhere at MIT for discussions about Israel/Gaza.

At the same time, I would be very cautious before accusing any one of our colleagues, staff, or trainees of hate speech. Can I gently suggest, in the same spirit of working against polarization, that if we believe (as I genuinely do) that it is wrong to accuse Israeli soldiers of harvesting organs, it may also be a little misleading and inflammatory to compare recirculating, in effect, an old and decontextualized but confirmed report, to accusing Jews of murdering Christian children for ritual purposes ("blood libel")? Similarly, I think we would be wise to distinguish support for Palestinian rights or reposting a widely circulated letter (whose status as propaganda may have been more obvious to some than others) from antisemitism or support for terrorism.

The painful truth is that many around us are grieving and many people's lives and families are at stake. I share your desire to assert our community values as strongly as possible. And now more than ever (as a faculty member, as Associate Department Head for DEI, and also as a Jew whose father was born and raised in Tel Aviv) I am committed to ensuring that those values include all possible compassion for each other's intensity -- and all gentleness for each other's fragility.

Yours with warmth and respect,

The two reports above showcase extreme incidents where Jewish community members felt the MIT system failed them. Joined with the Chaplain incident (see Nov 16 above), members of the Jewish community report that they feel alienated by the very structures on campus that are intended to foster a sense of inclusion and belonging.

## December 4th, 2023: Antisemitism is not the priority

Despite the President's clear message on Nov. 14th, an update by the Chancellor stated: "... we said that antisemitism would be our initial focus. …we have come to appreciate that antisemitism and Islamophobia – also on the rise, and often underreported – are best addressed at the same time." That message did not announce how the Institute will go about addressing these issues. We are unaware of any committee formed to address antisemitism or Islamophobia at MIT as was done, for example, at Harvard.

## December 6th, 2023: CAA Hosts Speaker Encouraging Targeting of Hillel

CAA hosted Miko Peled at MIT. Despite formally being under suspension from non-academic activities, many of the students leading the Lobby 7 blockade participated in this event. Students in attendance reported that Miko explicitly encouraged students to combatively approach individuals at the Hillel Center for Jewish Life at MIT:

> "*You go to Hillel and whatever the mascot is here and tell them they need to answer how they don't condemn the genocide in Gaza.*"

18



## December 6th, 2023: Harassment of students at Hillel

A man with paranoid beliefs harasses people at the Hillel building. He does not seem affiliated with MIT but does approach Jewish students and accuses them of being Mossad agents. Later he looks through the Hillel lounge window and starts peeing on it, in front of the students studying there.



While the person seems to have nothing to do with MIT, it shows conspiracy theories about Jews seem to be spreading. Combined with the events of the past weeks at MIT, many students report becoming extremely nervous. They are afraid and can't find shelter even at Hillel.

## December 7th, 2023: Holocaust desecration posters

Posters desecrating the memory of the Holocaust appear on bulletin boards around campus. Over a red background, the text of the poster reads "The right and wrong way to understand Never Again." The QR code on the poster leads to an Instagram video of a Bob Avakian, that many view as antisemitic and inciting.

## December 13th, 2023: Karchmer Resignation

Algorithms lecturer Mauricio Karchmer resigns. His class is one of the most popular classes at MIT, teaching ~60% of the undergraduate student body. Explaining his resignation Karchmer writes publicly about campus events and their impact on himself and other members of the Jewish community:

*"Students chanted "Free Palestine" and "From the river to the sea" with fury and at times glee, like they were reciting catchy songs instead of slogans demanding the erasure of the Jewish people. Even worse, faculty members started endorsing this behavior. One DEI officer at MIT liked an October 17 post on Twitter stating that "Israel doesn't have a right to exist, it's an illegitimate settler-colony like the US." On October 18, a renowned faculty member in the neuroscience department accused Israel of committing "genocide" on Twitter. Then, the next day, she tweeted that her department was seeking a "diverse pool of candidates" for a tenure-track position in her department's "inclusive community." I remember thinking, with bitter irony, that Jewish academics need not apply."*

He describes his disappointment with the one-sidedness of the faculty newsletter articles and lack of support from his non-Jewish peers, *"The only voices in the newsletter standing up for Jews were Jewish. But we are too few to fight this battle."* And his pain for the young Jewish students on campus:

*"Though I cringed as I read these faculty letters, and shuddered as I walked by protests on campus, nothing has hurt more than watching the Israeli and Jewish students—who comprise fewer than 6 percent of the MIT student body—suffer. "*

Dr. Karchmer is now teaching at Yeshiva University, where he feels safe and appreciated. We strongly recommend reading his free-press article.

## December 14th, 2023: Hockfield Rally Inciting Violence

At this protest, which was organized following MIT rules, crowds cheered for "armed resistance" and to "hold a knife to their throats." A speaker advocated pushing back against MIT, saying "that means staying at their throats." Once again, there were calls for "no peace." Perhaps these phrases were meant poetically, but again in the context of the Oct. 7th massacre, it is natural for Jews to feel a credible fear of being physically attacked by those making such statements.

MIT Advisory for this event acknowledged the issue, and helped restore some safety to the students:



## December 21st, 2023: Support of Houthi Terror Attacks



Two days after the US announced the creation of a naval coalition to defend the Red Sea shipping route from attacks by the Houthi Terrorists, the CAA posted on Instagram in defense of the terror attacks of the Houthis, calling for the US to take their hands off of Yemen. The accompanying post hailed the aggression of the Iranian-backed militia as "a moral ban on Israeli commercial ships … to exact economic pressure until a ceasefire and humanitarian aid is achieved for the Palestinian people." The post continued to conflate the acts of the Houthi Terrorists with the Yemeni people. They failed to acknowledge the role that the Houthi terrorists played and continue to play in that war. To that end, CAA failed to acknowledge the Houthi terrorists' attitudes towards the US, Israel, and Jews as expressed on their flag; the Houthi slogan reads, "God Is the Greatest, Death to America, Death to Israel, A Curse Upon the Jews, Victory to Islam."

## January 11th, 2024: Words are Violence?

Using someone's *'deadname'* is considered a *"violent act"*, but calling for the genocide of jews *"depends on the context."*

In her congressional testimony (Dec. 5) President Kornbluth insisted that calls for the genocide of Jews are not necessarily bullying or harasment;they must be pervasive and depend on the context. This appears to be at odds with the harassment training required of the entire MIT community, where 'deadnaming' someone (i.e. using their 'former' name) is itself a violent act, regardless of context. See screenshot below, from the section on LGBTQ+ 101 education.



## January 24th, 2024: Standing Together Against Hate Program Publication

The STAH spring lectures program is published. It includes 4 talks: one on free speech, a couple on antisemitism and Islamophobia, and a talk about anti-Palestinian racism. No talk on anti-Israeli bigotry or demonization of Zionism, despite the Jewish community being clear about it being a major issue for them on campus.

The Islamophobia panelist, Dalia Mogahed, is an activist who was reported to post in a way that endorsed Hamas terrorism as an act of lawful "resistance." She suggested that Israelis are "savages" who "kill babies" and "bomb hospitals" and even went as far as to insinuate that Israel doesn't care when its women report sexual assault complaints and usually does not believe them, to raise doubts on reports of large-scale sexual assault on Oct. 7.

Free speech panelist Erwin Chemerinsky is a scholar, serving as the dean of the University of California, Berkeley, School of Law. His school was sued in November over "unchecked" campus antisemitism. After the publication of the program, the title of Chemerinsky's talk was modified to include antisemitism: An act which many in the Jewish community described as adding insult to injury.

We present a collection of student responses from the night the program was published:
- "This really sucks. I feel that MIT simply hates Israelis. I regret coming here."
- "MIT admin is like actually like communally concussed or something. What's wrong with them?"
- "MIT's way of combating hate is nuts"
- "I honestly don't know what's worse, that MIT can't do simple fact checking before inviting a person, or that they did and think it's ok inviting them despite retweeting statements that Hamas has a right to massacre Jews"
- "I couldn't care less about the speaker. It's about the Institution's decision making."
- "What I understand from this is that hate against Israel is ok at MIT and will not be addressed by STAH"
- "There is an Israeli saying that goes something like: it's ok to pee in the pool, it's not ok to pee from the diving board"
- "I am trying not to react emotionally but this [denial of sexual assault] strikes a nerve for me."

## February 12th, 2024: Lobby 7 Takeover

In parallel to the first STAH talk about antisemitism, the CAA announced an 'emergency rally' protest outside the student center. The protest was not approved by MIT and was in direct violation of the protesting rules published just days earlier. The protest included statements against MIT's attempt to promote dialogue: "We're tired of dialogue across difference when there can be no f-ing dialogue across difference". They further incited hatred of Jews and Zionists: "Our safety is threatened by white supremacy and the dangerous equations of Judaism

and Zionism" and claimed that the Jewish tradition is used to justify Israel's "colonialist capitalist white-supremacist agenda." Three non-Jewish students, who were walking by on their way out of the gym, reported concern that protest participants were making statements that called for "Jihad" against Israel.



They then moved the protest into Lobby-7, occupying it *again,* after repeated warnings from the MIT administration. Protestorshung flags and banners shouting "Hear us loud, hear us clear, IOF not welcome here". IOF, short for 'Israel Offensive Forces' / 'Israel Occupation Forces,' is a pernicious reference to the IDF (Israeli Defence Forces). To many, their words are clear: Israelis who served in the army and/or are currently serving in reserve duty are not welcome at MIT, knowing full well that essentially all Israeli students on campus are veterans of its compulsory military service program.

The next day, President Kornbluth issued a statement. She shared that MIT is "suspending the CAA's privileges as a recognized student organization" but makes it clear that "suspending the CAA is not related to the content of their speech."

In talking about campus climate she acknowledges the ongoing shunning of Israeli and Jewish members of our community ("as members of one community, we shouldn't feel it's OK to vilify and shun Israeli and Jewish members of our community") but then immediately build an appearance of symmetry by stating that "Equally, we shouldn't feel it's OK to vilify everyone who advocates for the Palestinian people as supporting Hamas." We are aware of, and strongly condemn, isolated incidents of MIT community members generalizing members of the Middle-East-North-Africa community as terror supporters. This is reportedly happening primarily around protests which we understand relates to the CAA's public support of the Oct. 7th massacre. However, this is not a

> ## MIT's Harassment Policy
>
> Harassment is defined as unwelcome conduct of a verbal, nonverbal or physical nature that is sufficiently severe or pervasive to create a work or academic environment that a reasonable person would consider intimidating, hostile or abusive and that adversely affects an individual's educational, work, or living environment (P & P).
>
> Harassment that is based on an individual's race, color, sex, sexual orientation, gender identity, pregnancy, religion, disability, age, genetic information, veteran status, or national or ethnic origin is not only a violation of MIT policy but may also violate federal and state law, including Title IX of the Education Amendments of 1972, Title VII of the Civil Rights Act of 1964, and Mass. General Laws Chapter 151B. You can learn more by visiting MIT's Policies and Procedures.

wide-spread notion within the MIT Jewish community. The Jewish students groups do not hold protests targeting their peers and are not leading an effort to socially shun other members of the MIT community. Therefore, the administration's insistence on building a symmetric narrative of two groups that are holding an altercation on campus is viewed by many in the Jewish community as a heartless action that is meant to disguise what they feel is the real situation at MIT: one group of students is inciting hatred of another.

We do realize that many students feel that they are protesting for peace. Our goal here is to present how this is impacting a different group of students on campus, unpeacefully. We only intend to condemn words and acts that incite hate, even if that is not the intention of some of the students making them.

### February 26th, 2024: IDHR issues no-contact orders against CAA members

CAA affiliates distribute a pamphlet titled 'Written Revolution', which includes an open letter to President Kornbluth. In this letter, a student recalls a CAA protest held outside of the Institute Discrimination and Harassment Response (IDHR) office. According to the author, following this event IDHR issued no contact orders for all CAA members from the IDHR staff.

This reported action suggests that the CAA IDHR protest was sufficiently severe to have raised an unusual level of concern by the MIT administration, which warranted such exceptional intervention in protection of the IDHR staff and their ability to carry out their work at MIT without being harassed by the CAA students. If true, it thus serves as evidence that administrators at MIT are aware of the intimidating behavior of CAA members. However, the lack of similar protections for Jewish students is noticeable, especially in light of having raised the alarm about their experience of pervasive and targeted harassment for several months. There remains also the question of the ability of IDHR personnel to investigate the myriad of complaints submitted to them about the same people with whom they have a no-contact order.



\* This entry is based on the information presented above. Due to student processes' confidentiality, we have no way to independently verify it for scope, context and/or accuracy.


## March 8th, 2024: Faculty Blacklisted and Students Targeted for Israeli Collaboration

The MIT Coalition for Palestine emailed faculty who do research related to Israel, accusing them of being "complicit in their [Israel's] crimes against humanity" and threatened to publicly shame them for their work: "broader MIT community deserves to know about these direct ties between our campus and the Israeli genocide against Palestinians, and we will be publicizing the results of our research on your projects." They also pressured the targeted faculty to "immediately cease these projects and reject all future contracts."

Emails also were sent to students of the targeted faculty, with what many perceived as an implicit threat ("wanted to give you all the opportunity to reflect on this news") accusing them of doing work that instead of trying to "improve the world for all of us" works to "actively harm the most vulnerable among us." They further push the students to take action, e.g. "request to know which entity funds your research" and "reject this funding", which could very well amount to leaving

their research group. One impacted professor <u>pointed out</u> that the *"'students are using peer pressure to try to tear apart research groups." (emphasis added)* (emphasis added).

In addition to personal emails, targeted faculty were publicly shamed by name on the Graduates for Palestine and  MIT_CAA Instagram accounts. The posts highlighted that the students secured information on the faculty funding through <u>access "an internal [MIT] grant management tool,' which holds private information and is meant only to be available to MIT faculty and staff, not students.</u>

Below are a few examples of the numerous Instagram posts and slides that encourage researchers to boycott professors who do work that impacts Israel. Many other posts and slides name specific professors who are targeted for those boycotts (see link: 1, 2, 3). These blacklists feature inflammatory collage compilations of information snippets, used to make the spurious and outrageous claim that MIT researchers are complicit in genocide against Palestinians.

Several faculty reported that to the best of their knowledge the funding for at least some of the projects targeted originate from U.S. *federal funds,* via the U.S.-Israel Congressional Aid Program. As with all MIT research projects, the work was reviewed and approved by the Institute, and MIT staff officials signed the research agreements (not individual faculty).





It is our understanding that this is an incident in which MIT graduate student employees, and MIT funded student organizations, used official MIT resources and MIT's name and institutional imprimatur, to target federally funded research to blacklist faculty, attacking their academic freedom. Yet as of this writing, MIT has not publicly (1) ended and prohibited the blacklists and boycotts; (2) mandated the removal of its name from the blacklists, boycott efforts, and organizations leading those efforts; (3) prohibited the use of MIT servers, emails, and other infrastructure for such purposes; (4) disavowed the blacklists and boycott efforts, and/or (5) fired or expelled the perpetrators.

While MIT policies are designed to "make sure that members of the MIT community can work, learn, and do their work on campus without disruption," this is the Institute's  official position on this incident, communicated to a news outlet:

> MIT spokeswoman Kimberly Allen did not respond to a question on whether Kornbluth condones the efforts to blacklist professors and their research. She also did not say whether anyone in the university leadership has intervened and disciplined the students for sending the emails condemning certain research projects as contributing to Palestinian "genocide." She didn't respond to a question about the sources of the research funding.

> "We underscore that MIT supports the excellent work of its faculty and labs," Allen said in a statement. "As with all sponsored research at MIT, the projects mentioned involve work that is open and publishable and that contributes to knowledge that is freely available to scientists worldwide."

> "MIT faculty and researchers regularly work with scientists and entities in other countries, including Israel, following required due diligence for international projects. MIT strongly supports the principles of academic freedom that enable our faculty to engage with a wide array of partners in the pursuit of knowledge."

Several faculty and students reported by permitting one sector of its workforce and student body to blacklist, boycott, shun, and attempt to destroy the livelihoods of other members of the Institute, this event and its lack of public condemnation supported the development of a hostile work and study environment for Jews and Israelis on the MIT campus.


## March 19th, 2024: PFLP Poster on Student Club Door

The poster (pictured below) promotes the US Designated Foreign Terrorist Organization, the Popular Front for the Liberation of Palestine (PFLP), was hung at the entrance of the MIT Black Student Union (MIT BSU) office. It was hung publically for an extended period (~1 month) and removed following explicit requests by Jewish faculty members.



## March 20th, 2024: Event Featuring Book by PFLP Member and Speaker Recruiting for the PFLP and / or Other Revolutionary Terrorist Organization

A day after the PFLP poster was removed from the door of the MIT BSU office, the MIT BSU co-sponsored a "Book Talk" which launched the English translation of a novel by PFLP activist Wisam Rafeedie. The novel's protagonist is also a PFLP member–a fictionalized version of Rafeedie (see Instagram Book Talk post below). An outside speaker–likely an editor from the Palestinian Youth Movement (PYM) and/or 1804 Books–appeared to be recruiting for the PFLP or another revolutionary terrorist organization.

The event was co-sponsored by the PSL Boston (Party for Socialism and Liberation), and several MIT groups including Palestine@MIT, the MIT Black Graduate Student Union, and the MIT Coalition for Palestine. Event organizers also welcomed attendees from the general community via this Instagram post:

28



As [documented](#) in detail by the Investigative Project on Terrorism, the Palestinian Youth Movement (PYM), featured in the event, champions and/or works with the PFLP and other terrorist groups:

> *PYM is a [radical](#) transnational Palestinian movement with [14 active chapters](#) in the United States and Canada. It works [alongside](#) other extremist anti-Israel groups, including the [Council on American-Islamic Relations (CAIR),](#) [American Muslims for Palestine (AMP),](#) [Within Our Lifetime (WOL),](#) [Samidoun](#), and others to [attack](#) Israel and Zionism."*
>
> ...

Ghassan Kanafani [was] "the [co-founder](#) of the [Popular Front for the Liberation of Palestine (PFLP),](#)" and "[PFLP's spokesman](#) when the terrorist group carried out the [1972 Lod Airport massacre](#)'"... PYM chose "to [portray](#) Kanafani as a 'revolutionary writer' and 'political and cultural icon of the Palestinian resistance'" and "[sponsors](#) the "Annual Ghassan Kanafani Resistance Arts Scholarship" in honor of the PFLP leader."

PYM has similarly [described](#) PFLP terrorist [Leila Khaled](#) as a "Palestinian resistance icon."

Khaled [led](#) two PFLP hijackings targeting Israelis in 1969 and 1970.

PYM's eulogizing of terrorists is not just confined to the PFLP. It extends to other U.S.-designated terrorist groups, including the [al-Aqsa Martyrs' Brigades,](#) [PIJ](#), and [Hamas](#)

Consistent with the PYM's documented background, students who attended the event reported that there was an outside speaker who told them the following:

> "*Is [sic] important and essential to join a revolutionary organization*" adding "*the university is like a training ground.*" As an example of the importance of "*joining a revolutionary organization,*" the speaker referred to experiences of the protagonist of Wisam Rafeedie's novel. According to this review the protagonist is "*a fictionalized version of the author Wisan Rafeedie himself, is [sic'] a member of the PFLP, Popular front for the Liberation of Palestine.*"

**To summarize:** MIT student groups sponsored an event where there was recruitment for "revolutionary organizations" with a strong indication that they mean the PFLP.

## Graduate Student Union (GSU) involvement and support of the BDS

According to ADL: *"The Boycott, Divestment and Sanctions movement (BDS) is an international campaign aimed at delegitimizing and pressuring Israel, through the diplomatic, financial, professional, academic and cultural isolation of Israel, Israeli individuals, Israeli institutions, and, increasingly, Jews who support Israel's right to exist… In practice, the global BDS movement doesn't seek to create a Palestinian state but rather aims to dismantle the Jewish state and end the right to Jewish national self-determination on any portion of this contested land."*

**01/22/2018 meeting minutes**: Decision to organize with UE over UAW includes considerations of promoting and preserving BDS support, as shown from the discussions that lead to this decision:

> UAW 1/22 Meeting Agenda
>
> Introductions
> - What is your role as regional director?
> - How will you interface with our local?
>
> Unanswered questions from previous meeting
> - Where is the line between local, regional, and national issues for you? This was brought up as a concern for how the UC students BDS bylaw was struck down. **BDS thing was struck down because the election didn't follow procedure**

**08/31/2020:** Decision about which website builder to use (Squarespace over Wix) involve BDS considerations:

---

**Union Website Discussion**

**KF**: Wix or SquareSpace? Wix is an Israli-owned company, which conflicts with BDS. Let's continue the discussion.

**Jo**: I've never been clear on impetus behind this decision. For the long term, why not just host our own website. Our site will be mostly static, right? At most, an embedded Google Form. If done correctly, this would save money and look more professional.

**KF**: ████████████ have agreed to work on this. They both prefer to work with one of these platforms. Kaylee wants to work on Wix, but both are fine with SS.

**Jo**: Is this still being done exclusively within going public.

**KF**: Yes.

**JR**: If someone wants to design a website for the union, that's great. Right now, our options are to go with one of these. In the long run, SS will avoid potential divisiveness.█████ doesn't mind SS. We've already used Wix for RISE, and we're not taking that down or transferring. After the RISE campaign is concluded, we can just transfer the relevant material to SS.

**PK**: Re: national policies, the UE national has endorsed BDS. One of the only national unions to do so. No blowback from membership, but big blowback from Israli agencies. I can also put folks in touch with person who does webdev for UE national. Drupal is good and user friendly.

**KJC**: Agreeing with████, our local BDS question is important, but we need more discussion than now will allow. Let's decouple the questions and go with SS for now. We can figure out the BDS question down the line. Let's not put the cart before the horse. No need to discuss

BDS *right now*. Should later, but let's do so later.

**AT**: I agree in that I want to avoid having this discussion. It's also unimportant because it's a losing issue regardless of where we come down. This is never going to be an issue for which we fight. A position would be purely symbolic and would cost political capital. Choosing SS would kind of duck the question, but not really. It feels more like taking a position. It is not sufficient for an org to be Isrli to merit condemnation. That bothers me. Also, managing multiple websites is much easier if we do so in one platform. The smartest thing would be to defer completely to the people making it happen.

**JB**: I would strongly endorse that. Saying "we're picking Squarespace instead of Wix because of BDS" means we're supporting BDS, not deferring on taking a stance.

**PK**: The issue needs to be practical. We should look into the future with user friendliness. Whatever we do use should be user friendly. We do this for in-person workshops, too. If there's a charge for the committee, it should be to be as user-friendly as possible. It needs to be accessible for people to pick up and carry years down the line.

**KF**: Any of these platforms are very user-friendly. Hopefully, that won't be a problem. How do we feel about deferring this to #c_going_public?

*No disagreement.*

**KF**: Then I'll bring a proposal for fund approval at the next OC.

**Fall 2021:** MIT Hillel has a conversation with GSU leadership to ask for a guarantee that BDS won't be on their agenda. GSU refuses to promise anything concretely, but they do make handwavy comments about caring about employment conditions rather than political statements.

**04/08/2022:** BDS Boston congratulates GSU for winning the NLRB vote to unionize.



**02/27/2023:** GSU sends an <u>email</u> explicitly condemning anti-LGBTQ hate speech on campus. At the same time, they made no comment about anti-Israeli and anti-Jewish hate speech on campus since October 7th.

**10/09/2023:** A GSU employee who is no longer a student at MIT is interviewed on Boston 10 as a participant of the Pro-Hamas rally at the Cambridge City Council. He justifies the Oct. 7th massacre in his <u>interview</u>.



**11/05/2023:** GSU employee leads protest through the MISTI offices

**11/09/2023:** Grad Union Reps and leadership spotted participating in the protest in Lobby 7

**11/10/2023:** GSU email expressing support for the Lobby 7 protest and calling on MIT to protect students rights to protest

We, as labor unions on MIT campus, stand united in condemning MIT's recent infringement on our community members' freedom of speech and right to peaceful protest. We recognize MIT's recent actions, including threatening suspension on peaceful student protestors and sending police to shut down an educational event, as attempts by the MIT administration to silence student voices and intimidate and punish students for protesting.

As unionized workers, we understand how important it is to protect our democratic rights to free speech and protest, as these are foundational rights to the labor movement and workers organizing together for a better life. MIT's threats against students exercising their basic First Amendment rights create a culture of fear and censorship on campus. We strongly condemn MIT's actions and stand united behind students who choose to exercise their democratic rights to free speech and protest.

We call on the MIT administration to uphold the rights of students and workers to peacefully protest on campus, and on the entire MIT community to stand together against political censorship.

MIT GSU-UE Local 256 Interim Grievance Committee
UNITE HERE Local 26
MIT Libraries Union - AFSCME Local 2353

**11/20/2023:** Graduate student coffee hour for Palestine hosted by GSU employee and others.

**01/25/2024**: GSU sends an email announcing that two union members are being investigated by IDHR for their participation in pro-Palestinian demonstrations and are being denied third party representation at the investigation. GSU falsely claims that the denial for third party representation violates the terms of their contract



and calls for a protest in front of the IDHR offices. CAA emails out a call for people to join the protest.

 

**01/30/2024:** GSU holds a rally outside of IDHR offices in support of the union members being investigated for violation of campus rules. The rally quickly evolves into a "bash Israel fest".

**01/31/2024:** Rally and post by GSU.

**02/08/2024:** Despite persistent attempts, Jewish students have been unable to exercise their "religious objection" to avoid paying dues to a BDS supporting union.

* Additional information can be found in this link.

 

## What is Dormspam? - A major source of distress for Jewish students

Dormspam is a campus-wide **unmoderated** emailing platform. It is an essential resource for students living on campus to keep up with campus activities and events, and to obtain updates on day-to-day dorm-related issues. Since Oct. 7, starting on the very day of the attack on Israel, dorm-wide emails (~4,500 students) that contain rhetoric that is hostile to Jews and Israelis have been circulated 2-4 times a week. In several instances these emails turned into heated discussions on a campus wide platform and even into personal attacks on Jewish and Israeli students. A number of instances have been recorded in which students not involved in the email thread discussion were named and personally attacked.

This form of public shaming of individuals on our campus has been unheard of before Oct. 7 and has been targeted only at Jewish and Israeli students. It has been one of the most significant sources of distress in this community.

Several examples of messages sent via Dormspam are provided above as they relate to specific events. Below are some additional examples. Note that since most faculty are not on Dormspam, hence these were often shared as low quality screenshots.

Interestingly, the MIT Ad Hoc Working Group on Free Expression Report seems to have 'predicted' issues like the one presently on Dormspam. An analysis of a fictitious scenario that is centered around a 'Conflict over Student Speech' in a residence-hall community is described in their report (page 25-26).  Therein an electronic hall-wide communications channel (similar to Dormspam) is used to promote pro-Russian views in the context of  the Russia-Ukraine war prompting a student of Ukrainian origin to approach their Head of House (HoH) demanding that the student responsible for these posts be banned from the house communication media "on the grounds that his posts constitute hate speech and advocacy of genocide". In a meeting with the HoH, the Russian student defends his posts on the grounds of free expression. This scenario is analyzed in light of the Mind and Hand book statement on freedom of expression:

> "*Freedom of expression is essential to the mission of a university. So is freedom from unreasonable and disruptive offense. Members of this educational community are encouraged to avoid putting these essential elements of our university to a balancing test.*"

Hence, the students' conflict requires MIT to "undertake just such a balancing test".

One perspective asserts that

> "*Banning the student would deprive the living community of the opportunity to counter the posted propaganda with reasoned arguments demonstrating the extent to which his comments are misinformed.*"

and instead   recommends a discussion   with the complainants   engaged on the same communication channel to present their stance, allowing the members of their living community the opportunity to appreciate their point of view as a Ukrainian citizen.

The second perspective states that:

> "*Unmoderated mailing lists ... run a risk of turning into soap boxes for people with strong opinions in ways that detract from the original purpose of such digital venues. It is highly advisable that such fora have clear and explicit purposes that allow moderators to shut down discussions that deviate from those purposes in a viewpoint-neutral way.*"

It goes on to explain that in this scenario, while there is value in students learning the pro-Russian arguments for the Ukraine invasion—and in practicing how to refute them—, a hall-wide communications channel that is not generally used for political discussions *"may not be the most productive place to have such a discussion. **Time, place, and manner restrictions have a long tradition in First Amendment case law, and this scenario illustrates an application of that tradition**."* (emphasis added by us)

We note that, in both of the above perspectives, prompt action by the HoH and the dorm community is encouraged, if by education and dialogue, or by clearly defining the appropriate type of messaging allowed on a particular channel. In both cases a single communication on the channel was sufficient to justify a response. Yet, on our campus, since Oct. 7, we have seen 2-4 such communications per week; distributed not to a specific dorm group, but to the entire community of ~4,500 undergraduate students; neither of these two perspectives for action have been implemented. In fact, the Jewish and Israeli students have been discouraged from responding to the inflammatory emails through Dormspam - since this has been shown to prompt personal attacks on them. Hence, the remaining option would be the second perspective. Moderation of dorm emails is effectively done for the graduate dorm emailing lists; surely a similar mechanism could have been applied for the undergraduate Dormspam.





Date: Sun, Nov 5, 2023 at 8:48 PM
Subject: My Dissapointment in East Campus
To: ec-discuss <ec-discuss@mit.edu>

Hello,

Coming into East Campus, I had a feeling that this place was different. I felt that EC was a place where people stand up for their beliefs.

I don't know what it was honestly. Maybe it was seeing "FUCK ADMIN" plastered on the walls when I first walked in, or maybe it was the three-hour long emergency
house meeting we had to make sure we could all have a say in what this dorm looks like after renovations. Whatever it was, I've unfortunately come to realize that my initial perception of East Campus is not the reality. Time and time again, I've seen defenders
of racists, apologists for sexual abusers, and overall, people who think saving their friends' feelings are more important than standing up for what is right.

But many of you have already heard me talk about my experiences with racism and sexual assault in EC, so that's not what I'm talking about right now. Instead, I'm here to talk about East Campus' apathy towards the ongoing massacre of Palestinians.

Over the past several weeks, there have been rallies, walk-outs, and marches, ALL of which had a very disappointingly small turnout of people who lived in a dorm* where we would be willing to sit in a room for hours deciding on the proper wording for a ~~demurrage poll. However, I know EC has the energy and~~

To anyone who has remained silent, I ask you this:

### What does the Israeli government have to do to Palestinians to make you
### finally speak out?

Here is a small subset of the atrocities Israel has committed since October 7th alone:

• Murdering almost 10,000 Palestinians.
(https://www.tbsnews.net/hamas-israel-war/gaza-health-ministry-says-war-death-toll-hits-9488-733066?amp)

• Murdering almost 4,000 Palestinian children.
(https://www.tbsnews.net/hamas-israel-war/gaza-health-ministry-says-war-death-toll-hits-9488-733066?amp)

• Using 25,000 tons of explosives to indiscriminately bomb Palestinians.
 (https://euromedmonitor.org/ cle/5908/Israel-hits-Gaza-Strip-with-the- ent-of-two-nuclear- #:~:text=This%20means% 20the%20destructive, exceed%20360%20square% nate=.)

---

It is important to remember that each of these deaths is not just a number. These are people with stories, loved ones, and aspirations like me and you, but their lives have been cut short by colonialist Israel
with funding from the United States. As MIT students, we have an extra responsibility to hold our institution accountable, as our institution has many ties to the military industrial complex. Defense company,
Lockheed Martin, has a Seed Fund with MISTI-Israel and MIT shows its complicity with genocide by maintaining this tie. The CAA's demand is to remove this, and we as students can make this happen. Additionally, it is important to acknowledge that this did not
start October 7th. There is a 75-year long history of oppression, occupation, and murder that Palestinians have had to endure to lead up to today. How much longer do Palestinians have to endure for you to finally open up?

I wrote this because I know East Campus has the energy to fight against the oppression—I have seen it. If we all brought the energy we spend at house meetings
and renovations community meetings, we can help make change. Speak out on social media. Show up to rallies. Call your representatives. Write a letter to Sally.
~~...ild what the people want.~~
~~...nce for genocide.~~
~~...ney for Israel's crimes.~~

We demand a ceasefire.

We demand a free Palestine from the river to the sea.

### Frequently Asked Questions:

Do you condemn Hamas?

Do you condemn Israel?

Also portraying this as an Israel-Hamas war is ignorant at best and more accurately, malicious. If Hamas was holding hostages in Israel, would the government
be cutting off their own essentials, flattening their own houses, and bombing their own civilians? The Israeli government is using Hamas as a scapegoat to kill as many Palestinians as they can and take their land. This is not about Hamas. This is not about retaliation. This is not a war. This is genocide.

What about the hostages?

I want the hostages to have a safe return, but Israel
~~...overnment has admitted it "is concerned~~
~~...hostage releases by Hamas could lead the~~
~~...ership to delay a ground incursion~~
~~...it midway."~~

---

What about the hostages?

I want the hostages to have a safe return, but Israel does not.

The Israeli government has admitted it "is concerned that further hostage releases by Hamas could lead the political leadership to delay a ground incursion or even halt it midway."

(https://www.timesofisrael.com/us-said-concerned-israel-lacks-achievable-goals-for-gaza-op-and-that-idf-not-ready/amp/)

Israel cares more about massacring Palestinians than they do saving their hostages. Israel has refused to take in hostages Hamas offered to return (https://www.aljazeera.com/ amp/news/2023/10/21/hamas-says-israel-refused-to- receive-2-hostages-israel-calls-it-propaganda)

Israel has even killed 60 hostages as a direct result of their indiscriminate bombing.

(https://www.reuters.com/world/middle-east/hamas-armed-wing-more-than-60-hostages-are-missing-due-israeli-airstrikes-2023-11-04/)

 ...cal to stand with Israel while ...ly wishing for the hostages to be freed.

"Injustice anywhere is a threat to justice everywhere." - MLK

There is a reason rallies in support of Palestine have the most diverse group of people you will see, and that is because we all understand what injustice is. The tactics used to silence, suppress, and kill Palestinians mirror those we see and have seen across history, and we cannot let history repeat itself.

None of us are free until all of us are free.

What if I get doxxed?

The largest rally for Palestine at MIT had 800 people. The November 4th March on Washington had around 300,000 people. They can't doxx us all. Even if they did, you shouldn't want to work for a place that won't accept you if you're against genocide.

What can I do?

The next large demonstration will be on Thursday, Nov. ...9th there will be a national call to Shut It ...estine. Keep your eye out for more

...ormation about Palestine on social ...it and spread the word.

...did, you shouldn't want to work for a place that won't accept you if you're against genocide.

What can I do?

The next large demonstration will be on Thursday, Nov. 9th. On Nov 9th there will be a national call to Shut It Down for Palestine. Keep your eye out for more information.

If you see information about Palestine on social media, repost it and spread the word.

Look for posters across campus with announcements for events (rallies, walkouts, sit-ins).

Call your representatives and tell them you demand a ceasefire and an end to US shoving taxpayer dollars into Israel.

Listen to Palestinian voices and educate yourself.

**Disclaimer:**

The information provided in this document is for general informational purposes only. While efforts have been made to ensure the accuracy and completeness of the information presented, the authors make no guarantees, either expressed or implied, regarding the accuracy, reliability, or completeness of this information.

The contents of this document are provided on an "as is" and "as available" basis. The author/publisher does not accept responsibility or liability for any errors, omissions, or inaccuracies that may be present in the document, nor does the author/publisher accept responsibility for any decisions or actions taken by the reader based on the information provided in this document. Furthermore, the author/publisher disclaims all responsibility for any loss, injury, claim, liability, or damage of any kind resulting from, arising out of, or in any way related to (a) any errors in or omissions from this document and its content, including but not limited to technical inaccuracies and typographical errors, (b) any third-party websites or content therein directly or indirectly accessed through links in this document, (c) the unavailability of this document, (d) the use of this document or the content found herein, or (e) the use of any equipment or software in connection with this document.

Opinions expressed in this document do not necessarily reflect the views of MIT or any of its officials or employees. All information in this document is provided "with all faults," and the entire risk as to the quality and performance of this document is with the reader.

This disclaimer is not intended to limit liability in contravention of any requirements laid down in applicable national law nor to exclude its liability for matters which may not be excluded under that law.