# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>      Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>      Defendant. | No. 24-CV-10577-RGS |

## MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT AND LEAVE TO FILE A MEMORANDUM OF LAW UP TO 35 PAGES

Defendant Massachusetts Institute of Technology ("MIT"), with the Plaintiffs' assent, respectfully moves the Court for an order extending by two weeks MIT's deadline to file its response to the Amended Complaint, which will be a renewed motion to dismiss, and granting MIT leave to file a memorandum of up to 35 pages in support of its motion to dismiss. As grounds for this motion, MIT states as follows:

1. Plaintiffs StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers ("Plaintiffs") filed their initial Complaint on March 7, 2024. The initial Complaint was 72 pages (not counting the attachments) and included a single Count, alleging violation of Title VI of the Civil Rights Act of 1964. *See* ECF No. 1.

2. The Court allowed MIT's motion to extend by two weeks the deadline for MIT to respond. *See* ECF No. 19. The Court also granted MIT's request to file a 25-page memorandum in support of its Motion to Dismiss. *See* ECF No. 29.

3. MIT filed its Motion to Dismiss and supporting memorandum on April 18, 2024. *See* ECF No. 32.

4. With MIT's assent, Plaintiffs moved for a two-week extension of time to respond to MIT's Motion to Dismiss until May 17, 2024. *See* ECF No. 34.

5. On May 17, 2024, Plaintiffs filed an Amended Complaint. *See* ECF No. 36.

6. The Amended Complaint is significantly longer than the initial Complaint, now spanning 130 pages (not counting the attachments). The Amended Complaint also adds three new counts to the original Title VI claim – claims alleging an anti-civil rights conspiracy, negligence, and breach of contract. The Amended Complaint also adds new class action allegations with respect to the breach of contract claims. *Id.* at p. 118-19.

7. In light of the extensive new allegations and claims contained in the Amended Complaint, as well as scheduling constraints due to the upcoming holiday and graduation-related events, MIT requires additional time to prepare its response. MIT seeks just two additional weeks, consistent with the additional amount of time Plaintiffs were granted to prepare their new complaint.

8. Due to the extensive new factual allegations and three entirely new theories of liability, MIT also requests leave to file a memorandum in support of its motion to dismiss of up to 35 pages.

9. Counsel for the Plaintiffs assent to the relief sought in this motion.

Wherefore, MIT requests that the Court enter an order: (i) extending MIT's time to respond to the Amended Complaint to June 14, 2024 and (ii) allowing MIT to submit a Memorandum of Law up to thirty-five pages in support of its Motion to Dismiss.

| | |
|---|---|
| May 21, 2024 | MASSACHUSETTS INSTITUTE OF TECHNOLOGY, |
| | |
| | */s/ Daryl J. Lapp* |
| | Daryl J. Lapp (BBO No. 554980) |
| | daryl.lapp@lockelord.com |
| | Elizabeth H. Kelly (BBO No. 672277) |
| | liz.kelly@lockelord.com |
| | LOCKE LORD LLP |
| | 111 Huntington Avenue |
| | Boston, MA  02199 |
| | 617.230.0100 |
| | |
| | and |
| | |
| | Ishan K. Bhabha (*pro hac vice*) |
| | IBhabha@jenner.com |
| | 202.637.6327 |
| | Lauren J. Hartz (*pro hac vice*) |
| | LHartz@jenner.com |
| | 202.637.6363 |
| | JENNER & BLOCK LLP |
| | 1099 New York Avenue, N.W., Suite 900 |
| | Washington, DC 20001-4412 |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I certify that counsel for the parties have conferred in a good-faith effort to narrow or resolve the issues raised in this Motion.

> */s/Daryl J. Lapp*
> Daryl J. Lapp

### CERTIFICATE OF SERVICE

I certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 21, 2024.

> */s/Daryl J. Lapp*
> Daryl J. Lapp