## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

Dated: May 30, 2024

*/s/ Marlene J. Goldenberg*
Marlene J. Goldenberg
**Nigh Goldenberg Raso & Vaughn, PLLC**
14 Ridge Square NW, Third Floor
Washington, DC 20016
202-792-7927
mgoldenberg@nighgoldenberg.com