UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers,<br><br>    Plaintiffs,<br><br> v.<br><br>Massachusetts Institute of Technology,<br><br>    Defendant. | Case No. 24-CV-10577-RGS |

**DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S
MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rules 12(b)(6) and 12(b)(1) of the Federal Rules of Civil Procedure, Defendant Massachusetts Institute of Technology ("MIT") moves for entry of an order dismissing the Plaintiffs' Amended Complaint (ECF No. 40) for failure to state a claim and for lack of subject-matter jurisdiction.

In support of its Motion, MIT submits the accompanying Memorandum of Law and the Declaration of Jaren D. Wilcoxson and Exhibits 1-19 attached thereto.

WHEREFORE, MIT respectfully requests that the Court enter an order dismissing the Amended Complaint in its entirety and granting such other and further relief as the Court deems appropriate. In addition, any claims or requests for relief dismissed for failure to state a claim or for lack of standing should be dismissed with prejudice.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), MIT requests oral argument on this Motion.


Dated: June 14, 2024      Respectfully submitted,

                  MASSACHUSETTS INSTITUTE OF
                  TECHNOLOGY,

/s/ Ishan K. Bhabha
Ishan K. Bhabha (*pro hac vice*)
  IBhabha@jenner.com
  202.637.6327
Lauren J. Hartz (*pro hac vice*)
  LHartz@jenner.com
  202.637.6363
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001-4412

and

Daryl J. Lapp (BBO No. 554980)
  daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
  liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I certify that counsel for the parties have conferred in a good-faith effort to narrow or resolve the issues raised in this Motion.

/s/ Ishan K. Bhabha
Ishan K. Bhabha

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 14, 2024.

/s/ Ishan K. Bhabha
Ishan K. Bhabha

2