UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers,<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology,<br><br>Defendant. | Case No. 24-CV-10577-RGS |

### DECLARATION OF JAREN D. WILCOXSON IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT

Jaren D. Wilcoxson hereby states as follows:

1. I serve as Counsel in the Office of the General Counsel at the Massachusetts Institute of Technology ("MIT"). I make this declaration in support of MIT's Motion to Dismiss Plaintiffs' Amended Complaint. I have personal knowledge of the contents of this declaration and could testify thereto.

2. Attached as **Exhibit 1** is a true and correct copy of the October 10, 2023 statement of MIT President Sally Kornbluth, *Video transcript: Our community and the violence in Israel and Gaza*, available on MIT's public website at https://president.mit.edu/writing-speeches/video-transcript-our-community-and-violence-israel-and-gaza.

3. Attached as **Exhibit 2** is a true and correct copy of the MIT webpage, *Updates from campus*, as of June 14, 2024, available on MIT's public website at https://web.mit.edu/updates-from-campus/.

4. Attached as **Exhibit 3** is a true and correct copy of the October 12, 2023 statement of MIT Vice Chancellor and Dean for Student Life Suzy M. Nelson, *Timely reminders about safety*

1

*and community*, available on MIT's public website at https://orgchart.mit.edu/letters/timely-reminders-about-safety-and-community.

5. Attached as **Exhibit 4** is a true and correct copy of the November 8, 2023 statement of MIT Vice Chancellor and Dean for Student Life Suzy M. Nelson, *Campus safety and policies around protests, postering and free expression*, available on MIT's public website at https://orgchart.mit.edu/letters/campus-safety-and-policies-around-protests-postering-and-free-expression. Exhibit 4 is referenced in paragraph 257 of the Amended Complaint and on page 10 of Exhibit A to the Amended Complaint.

6. Attached as **Exhibit 5** is a true and correct copy of the November 9, 2023 statement of MIT President Sally Kornbluth, *Today's protest and counterprotest*, available on MIT's public website at https://president.mit.edu/writing-speeches/todays-protest-and-counterprotest. Exhibit 5 is quoted in paragraphs 182 and 184 of the Amended Complaint.

7. Attached as **Exhibit 6** is a true and correct copy of the February 13, 2024 statement of MIT President Sally Kornbluth, *Video transcript: Actions related to a student organization*, available on MIT's public website at https://president.mit.edu/writing-speeches/video-transcript-actions-related-student-organization. Exhibit 6 is quoted on page 23 of Exhibit A to the Amended Complaint.

8. Attached as **Exhibit 7** is a true and correct copy of the April 27, 2024 statement of MIT President Sally Kornbluth, *Video transcript: MIT Community Message from President Kornbluth*, available on MIT's public website at https://president.mit.edu/writing-speeches/video-transcript-mit-community-message-president-kornbluth. Exhibit 7 is quoted in paragraphs 227 and 229 of the Amended Complaint.

9. Attached as **Exhibit 8** is a true and correct copy of the May 6, 2024 statement of MIT President Sally Kornbluth, *Actions being taken regarding the encampment*, available on MIT's public website at https://orgchart.mit.edu/letters/actions-being-taken-regarding-encampment.

10. Attached as **Exhibit 9** is a true and correct copy of the May 10, 2024 statement of MIT President Sally Kornbluth, *Actions this morning*, available on MIT's public website at https://orgchart.mit.edu/letters/actions-encampment. Exhibit 9 is cited in paragraphs 243-244 and quoted in paragraph 245 of the Amended Complaint.

11. Attached as **Exhibit 10** is a true and correct copy of the MIT Institute Discrimination & Harassment Response Office (IDHR) webpage, *How is MIT's disciplinary process handling incidents related to campus tensions stemming from the Israel-Hamas war?*, as of June 14, 2024, available on MIT's public website at https://idhr.mit.edu/policies-procedures/disciplinary-process-incidents-Israel-Hamas-War.

12. Attached as **Exhibit 11** is a true and correct copy of the May 7, 2024 statement of MIT Chancellor Melissa Nobles, *A reminder on discipline*, available on MIT's public website at https://orgchart.mit.edu/letters/reminder-discipline.

13. Attached as **Exhibit 12** is a true and correct copy of the November 14, 2023 statement of MIT President Sally Kornbluth, *Video transcript: Tensions on campus*, available on MIT's public website at https://president.mit.edu/writing-speeches/video-transcript-tensions-campus. Exhibit 12 is referenced on page 12 of Exhibit A to the Amended Complaint.

14. Attached as **Exhibit 13** is a true and correct copy of the December 19, 2023 statement of MIT Chancellor Melissa Nobles, *An update on Standing Together Against Hate*,

available on MIT's public website at https://orgchart.mit.edu/letters/update-standing-together-against-hate.

15. Attached as **Exhibit 14** is a true and correct copy of the February 5, 2024 statement of MIT President Sally Kornbluth, *Reminder: Feb. 12 Dialogues Across Difference – Pamela Nadell*, available on MIT's public website at https://orgchart.mit.edu/letters/reminder-feb-12-dialogues-across-difference-pamela-nadell.

16. Attached as **Exhibit 15** is a true and correct copy of the February 20, 2024 statement of MIT Chancellor Melissa Nobles, *Reminder: Feb. 26 Dialogues Across Difference – Erwin Chemerinsky*, available on MIT's public website at https://orgchart.mit.edu/letters/reminder-feb-26-dialogues-across-difference-erwin-chemerinsky.

17. Attached as **Exhibit 16** is a true and correct copy of the March 11, 2024 statement of MIT Chancellor Melissa Nobles, *Reminder: March 18 Dialogues Across Difference – Dalia Mogahed*, available on MIT's public website at https://orgchart.mit.edu/letters/reminder-march-18-dialogues-across-difference-dalia-mogahed.

18. Attached as **Exhibit 17** is a true and correct copy of the April 9, 2024 statement of MIT Chancellor Melissa Nobles, *Dialogues Across Difference April 18 + (New) May 9*, available on MIT's public website at https://orgchart.mit.edu/letters/dialogues-across-difference-april-18-new-may-9.

19. Attached as **Exhibit 18** is a true and correct copy of the May 2, 2024 statement of MIT Chancellor Melissa Nobles, *Dialogues Across Difference May 9: Discussing Conflict & War in the Middle East*, available on MIT's public website at https://orgchart.mit.edu/letters/dialogues-across-difference-may-9-discussing-conflict-war-middle-east.

20. Attached as **Exhibit 19** is a true and correct copy of the January 3, 2024 statement of MIT President Sally Kornbluth, *New steps for a new year*, available on MIT's public website at https://orgchart.mit.edu/letters/new-steps-new-year.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 14, 2024                                    /s/ Jaren D. Wilcoxson