# Exhibit 2

Education   Research   Innovation

Updates from campus

Home  / Updates from campus

Updates from MIT regarding recent events on campus, sharing relevant policies, and correcting misinformation.

## Update on MIT's disciplinary process

June 6, 2024

The Institute Discrimination and Harassment Response (IDHR) office posted an update describing how MIT's disciplinary process is handling incidents related to campus tensions stemming from the Israel-Hamas war. As of June 6, 66 cases are in various stages of MIT's complaint resolution process. Disciplinary cases are handled privately, and MIT will not publicly share details on any of these cases.

## Message about the clearing of the encampment

May 10, 2024

President Sally Kornbluth wrote to the MIT community about the clearing of the encampment on Kresge lawn.

## Chancellor's message regarding the encampment

May 8, 2024

Chancellor Nobles reiterated that students who continue to be involved with the encampment will face disciplinary action, reminded students of support options.

## Reminder on discipline

May 7, 2024

Chancellor Nobles reminded students of disciplinary consequences outlined in President Kornbluth's May 6 letter.

## Evening update

May 6, 2024 – 9:00 p.m.

Campus leaders share a final update for the day regarding the current situation on campus.

## Update on the events on and near campus

May 6, 2024 – 5:00 p.m.

At this hour, public protests continue on and around Massachusetts Avenue. MIT and Cambridge police officers are present with additional support from other local law enforcement.

Despite misinformation circulating online, as of 5:00 p.m., there have been no arrests made by MIT Police on campus today. Those individuals who departed the encampment today did so on their own.

## Message regarding the encampment

May 6, 2024

President Sally Kornbluth sent a message to members of the MIT community about actions being taken regarding the encampment on Kresge lawn.

## Message regarding expected rallies

May 3, 2024

President Sally Kornbluth sent a brief message to members of the MIT community regarding events that outside groups have planned today near MIT's campus.

## A video message from President Kornbluth

April 27, 2024

President Sally Kornbluth sent a video message to members of the MIT community regarding the current situation on campus.

## Chancellor Nobles response on UA referendum

April 4, 2024

Chancellor Melissa Nobles sent a letter to the leaders of MIT's Undergraduate Association (UA) regarding a recent student referendum touching upon issues in the Middle East.

## Actions related to a student organization

February 13, 2024

In a video message to the MIT community, President Sally Kornbluth addressed disciplinary steps taken on campus. She also said we should "not feel it's OK to single out members of our community because of where they're from or what they believe."

## Ground rules for our community

January 31, 2024

As MIT began its spring semester, Provost Cynthia Barnhart and Chancellor Melissa Nobles wrote to the community to highlight the values, rules, and guidelines that make it possible for everyone to share campus while pursuing MIT's vital mission. They emphasized the ground rules for student conduct that enable everyone in the community to work effectively, while allowing freedom of expression.

## New steps for a new year

January 3, 2024

As MIT begins this new year, President Kornbluth wrote to the community to name the challenges she has been seeing and hearing about since the fall semester, and announced steps to begin solving them together. She named four areas for immediate attention: benchmarking and improving student disciplinary processes; developing a deeper understanding of the rights and responsibilities of free expression; making sure DEI programs effectively meet our campus's needs; and adding targeted questions to our regular campus climate survey. "These Institute-level actions will help us make

thoughtful, evidence-based improvements in some key systems and programs, improvements that will serve the people of MIT well not only in this difficult period but far beyond it," she wrote.

## An update on Standing Together Against Hate

December 19, 2023

Chancellor Melissa Nobles wrote to the MIT community to say that under the Standing Together Against Hate banner, January's Independent Activities Period (IAP) will mark the start of an extensive suite of efforts, for and by the people of MIT, to confront the corrosive power of hate and to help bring our community together. Many of these activities, which will continue into the spring semester, are open to the whole community.

## MITAA board voices support for President Kornbluth

December 14, 2023

The MIT Alumni Association (MITAA) Board of Directors has offered its full and unanimous support for President Sally Kornbluth. In a letter, MITAA President R. Robert Wickham '93, SM '95 wrote: "President Kornbluth is demonstrating the integrity and thoughtfulness that is needed to guide the MIT community through these challenging times and the vision to take MIT forward."

## Letter from Department Heads, Deans, and Senior Faculty Leaders

December 12, 2023

Dozens of MIT department heads, deans, and senior faculty leaders have signed a letter in support of President Sally Kornbluth. "The moral imperative to address the pernicious influences of antisemitism and Islamophobia/anti-Palestinian racism can only be undertaken successfully as a community," they wrote. "We will not allow these burdens to be carried out by one person alone. President Kornbluth has ably led this institution through an enormously challenging moment."

## Letter from Faculty Officers and Former Chairs

December 11, 2023

Chair of the MIT Faculty Mary Fuller — along with the two other current faculty officers and 15 former chairs of the faculty — wrote to "voice our unreserved and public support for MIT President Sally Kornbluth." In their letter, the faculty leaders affirmed their commitment to working with President Kornbluth in building a healthy campus community in which all can flourish.

## Our support for our president

December 7, 2023

MIT Corporation Chair Mark Gorenberg wrote to faculty, staff, and students to say that the members of the Executive Committee of the MIT Corporation "entirely support President Kornbluth." Gorenberg added: "She has done excellent work in leading our community, including in addressing antisemitism, Islamophobia, and other forms of hate, all of which we reject utterly at MIT. She has our full and unreserved support."

## Following my Congressional testimony

December 5, 2023

President Sally Kornbluth wrote to the MIT community to share her opening statement from today's hearing on antisemitism, convened by the US House Committee on Education and the Workforce. In her letter's conclusion, she noted: "We cannot and must not let events in the world drive us apart, or erode our respect for each other's humanity, or thwart the great mission we're here to pursue together."

## President Kornbluth's opening statement

December 5, 2023

The US House Committee on Education and the Workforce called President Sally Kornbluth to testify today on antisemitism. In her opening statement, she said: "As an American, as a Jew, and as a human being, I abhor antisemitism, and my administration is combatting it actively. Since October 7th, my campus communications have been crystal clear about the dangers of antisemitism and about the atrocity of the Hamas terror attack."

## Text of President Kornbluth's congressional testimony

December 5, 2023

President Sally Kornbluth testified on December 5 before the US House Committee on Education and the Workforce. Here are all the questions President Kornbluth was asked by the members of the committee in a hearing that proceeded over the course of more than four hours, followed by her answers, in their entirety.

## More on Standing Together Against Hate

December 4, 2023

Chancellor Melissa Nobles wrote to the MIT community to share further details on Standing Together Against Hate — a community-driven effort designed to encourage students, faculty, and staff to come together, MIT-style, and use our collective problem-solving skills to address hate of all kinds. Her letter linked to an MIT News piece describing how people across campus are rising to meet the moment.

## Wiser and more compassionate together

November 30, 2023

A group of dedicated faculty at MIT are engaging in direct outreach to students and to their colleagues with a focus on community building. They're asking others to join them in efforts to engage in constructive dialogue following the recent events in Israel and Gaza, and to work together to build a better future for MIT. Hundreds of faculty and other community members have already signed on.

## Video: Update on campus tensions

November 14, 2023

President Sally Kornbluth addressed the MIT community in a video. "We need a community where we can all express our views," she said. "But we also need MIT to be a place where we all feel safe and free to live, work, and study." Kornbluth announced a new commission called "Standing Together Against Hate," which will engage faculty, students, and staff to address antisemitism and other forms of hate.

## Update on the Events of November 9

November 14, 2023

Unfortunate misinformation has spread regarding a recent protest at MIT. To provide clarity on recent events, and to answer some common questions, MIT has prepared this update in the form of an FAQ. It addresses what MIT is doing to keep students safe, fight antisemitism, and ensure our community can stay focused on learning, research, and discovery.

## A campus protest and counterprotest

November 9, 2023

President Sally Kornbluth wrote to the MIT community to describe a disruptive protest and counterprotest on campus that day. Noting that the event took place with disregard for MIT guidelines and policies, Kornbluth outlined immediate consequences and ongoing disciplinary review.

## Campus safety and policies around protests, postering and free expression

November 8, 2023

Suzy Nelson, Vice Chancellor and Dean for Student Life, wrote to all students to clarify MIT's policies and procedures for keeping our campus safe. In particular, she noted that campus protests may not disrupt living, working, and learning spaces, and that violations would result in referral to the Committee on Discipline.

## Video: How we treat each other

October 21, 2023

President Sally Kornbluth spoke to the MIT community by video about tensions following the recent violence in Israel and Gaza. Kornbluth called for everyone to be mindful of the impact their words have on others and said that targeting and harassment of individuals is unacceptable at MIT.

## Timely reminders about safety and community

October 12, 2023

In a letter, Vice Chancellor and Dean for Student Life Suzy Nelson urged MIT students to embrace our values and stand by each other. She reinforced that harassing

speech or behavior, as well as acts or threats of violence, are against MIT policy. Separately, and out of an abundance of caution, the MIT Police have increased patrols on campus, and are in regular contact with law enforcement partners.

# Video: Our community and the violence in Israel and Gaza

October 10, 2023

In a video message to the MIT community, President Sally Kornbluth spoke to the situation in Israel and Gaza and expressed her concerns for our community.

Education   Research   Innovation
Admissions + Aid   Campus Life   News
About MIT   Alumni

Join us in building a better world.

Massachusetts Institute of Technology
77 Massachusetts Avenue, Cambridge, MA, USA
Visit   Map   Events   People   Careers   Contact
Privacy   Accessibility   Social Media Hub