# Exhibit 11

# A reminder on discipline

May 7, 2024

**Melissa Nobles**, Chancellor

To all students,

In light of yesterday's actions, we write to remind students of the disciplinary consequences of disrupting our campus.

As a consequence of events that have already occurred, dozens of interim suspensions and referrals to the Committee on Discipline are now in process, in accordance with the outline described in yesterday's letter from President Kornbluth. As we said previously, these actions are necessary to ensure the safety of our community.

Sincerely,

Melissa Nobles

Chancellor

Massachusetts Institute of Technology
77 Massachusetts Ave
Cambridge, MA 02139

Updates Accessibility
This website is maintained by the

Institute Office of Communications. Please contact us at communications@mit.edu.