# Exhibit 14

# Reminder: Feb. 12 Dialogues Across Difference – Pamela Nadell

February 5, 2024

**Sally Kornbluth**, President

Dear members of the MIT community,

Next Monday, we begin this spring's Dialogues Across Difference series with a talk and discussion with Pamela Nadell, an expert on American Jewish history and antisemitism in the US.

> **Understanding Antisemitism: Enduring Hatred (register)**
> Speaker: Pamela Nadell, director of the Jewish Studies Program at American University
> Talk followed by moderated Q&A with Vice Provost Richard Lester
>
> **Monday, February 12, 4:00 – 5:00 p.m. ET**
> **Room 45-801**
> Reception follows

This is the first of four Dialogues Across Difference events this spring. I plan to attend all four – and I hope that many of you will do so as well.

In these complicated times, I feel compelled to add that choosing to attend a lecture does not mean that you share the speaker's views or endorse everything they have said in the past. Indeed, given the range of speakers in the series, none of us is likely to agree with everything we hear. I expect to learn something from each conversation, and I'm hopeful that these presentations will spark important further discussion.

To make room for open dialogue, we will ask that attendees not photograph, video or record comments from the audience.

Sincerely,

Sally Kornbluth

President

Massachusetts Institute of Technology
77 Massachusetts Ave
Cambridge, MA 02139

Updates Accessibility
This website is maintained by the Institute Office of Communications. Please contact us at communications@mit.edu.