# Exhibit 15

# Reminder: Feb. 26 Dialogues Across Difference – Erwin Chemerinsky

February 20, 2024

**Melissa Nobles**, Chancellor

Dear members of the MIT community,

Next Monday, we will continue our spring Dialogues Across Difference series with a talk and discussion with Erwin Chemerinsky, a free speech scholar who has recently written about antisemitism on college campuses.

> **Campus Freedom of Expression: Antisemitism and the Current Controversies (register)**
> Speaker: Erwin Chemerinsky, dean of the University of California Berkeley School of Law
>
> Talk followed by moderated Q&A with Edward Schiappa, John E. Burchard Professor of Humanities at MIT
>
> **Monday, February 26**
> **4:00 – 5:00 p.m. ET**
> Room 45-801
>
> Reception follows

Advance registration and MIT ID are required for entry. For accessibility accommodations, please contact iceo@mit.edu.

As President Kornbluth has emphasized, attendance at this or any other campus talk does not mean that you endorse the speaker's views or past statements. To make space for everyone to engage thoughtfully with our speaker and with each other, we will be asking attendees not to photograph, video, or record the

audience. I hope you will join me for this community conversation.

Sincerely,

Melissa Nobles

Chancellor

Massachusetts Institute of Technology
77 Massachusetts Ave
Cambridge, MA 02139

Updates Accessibility

This website is maintained by the
Institute Office of
Communications. Please contact
us at communications@mit.edu.