# Exhibit 16

# Reminder: March 18 Dialogues Across Difference – Dalia Mogahed

March 11, 2024

**Melissa Nobles**, Chancellor

Dear members of the MIT community,

Next Monday, we will continue our spring Dialogues Across Difference series with a talk and discussion with Dalia Mogahed, a Muslim studies scholar specializing in issues of gender, identity, and Islamophobia in America.

> **Islamophobia: A Threat to All (register)**
>
> Speaker: Dalia Mogahed, former director of research at the Institute for Social Policy and Understanding
>
> Talk followed by moderated Q&A with Lily L. Tsai, Ford Professor of Political Science and former faculty chair at MIT
>
> **Monday, March 18**
> **4:00–5:00 p.m. ET**
> **Room 45-801**
>
> Reception follows. This event falls during Ramadan, and accommodations will be made for those who are fasting.

Registration and MIT ID are required for entry. For accessibility accommodations, please contact iceo@mit.edu.

As President Kornbluth has emphasized, attendance at this or any other campus talk does not mean that you endorse the speaker's views or past statements. To make space for everyone to engage thoughtfully with our speaker and with each other, we will be asking attendees not to photograph, video, or record the audience.

I hope you will join me for this community conversation.

Sincerely,

Melissa Nobles
Chancellor

Massachusetts Institute of Technology
77 Massachusetts Ave
Cambridge, MA 02139

Updates Accessibility
This website is maintained by the
Institute Office of
Communications. Please contact
us at communications@mit.edu.