# Exhibit 17

# Dialogues Across Difference April 18 + (New) May 9

April 9, 2024

**Melissa Nobles**, Chancellor

Dear members of the MIT community,

I write with a reminder about the April 18 Dialogues Across Difference event and to let you know about an additional event in this series this semester: On May 9, we will welcome Professor Susannah Heschel and Senior Lecturer Ezzedine Fishere to engage in a discussion moderated by Vice President for Equity and Inclusion Karl Reid, followed by questions from the audience.

## Dialogues Across Difference: What Hinges on Anti-Palestinian Racism? (register)

Speaker: Murad Idris, associate professor of political science, University of Michigan. His research and teaching explores political theory, the history of political thought, and political theology.

Talk followed by moderated Q&A with Fotini Christia, Ford International Professor of the Social Sciences at MIT

**Thursday, April 18, 4:00–5:00 p.m. ET**
Room 45-801
Reception follows

## Dialogues Across Difference: A Model for Discussing

## Conflict and War in the Middle East (register)

Speakers: Susannah Heschel, chair of the Jewish Studies Program at Dartmouth College, and Ezzedine Fishere, senior lecturer in the Department of Jewish Studies and Middle Eastern Studies at Dartmouth

Moderated Q&A with Vice President for Equity and Inclusion Karl Reid

**Thursday, May 9, 4:00–5:00 p.m. ET**
Room 10-250
Reception follows

Registration and MIT ID are required for entry. For accessibility accommodations, please contact iceo@mit.edu.

As President Kornbluth has emphasized, attendance at these or any other campus talks does not mean that you endorse the speaker's views or past statements. To make space for everyone to engage thoughtfully with our speakers and each other, we will ask attendees not to photograph, video, or record the audience.

I hope you will join me for these community conversations.

Sincerely,

Melissa Nobles
Chancellor

---

Massachusetts Institute of Technology
77 Massachusetts Ave
Cambridge, MA 02139

Updates   Accessibility
This website is maintained by the
Institute Office of

Communications. Please contact us at communications@mit.edu.