# Exhibit 18

# Dialogues Across Difference May 9: Discussing Conflict & War in the Middle East

May 2, 2024

**Melissa Nobles**, Chancellor

Dear members of the MIT community,

I hope you'll join us next Thursday for the last of our spring Dialogues Across Difference. This event will feature two scholars from Dartmouth in conversation with each other and the MIT community about their distinctive approach for talking about the Middle East war with people who hold sharply different views.

> **Dialogues Across Difference: A Model for Discussing Conflict and War in the Middle East (register)**
>
> Speakers: Susannah Heschel, chair of the Jewish Studies Program, and Ezzedine Fishere, senior lecturer in the Department of Jewish Studies and Middle Eastern Studies
>
> Moderated Q&A with Vice President for Equity and Inclusion Karl Reid
>
> **Thursday, May 9, 4:00–5:00 p.m. ET**
> Room 10-250
> Reception follows

Registration and MIT ID are required for entry. For accessibility accommodations, please contact iceo@mit.edu.

As President Kornbluth has emphasized, attendance at these or any other campus talks does not mean that you endorse the speakers' views or past statements. To make space for everyone to engage thoughtfully with our speakers and each other, we will ask attendees not to photograph, video, or record

the audience.

I hope you will join me for this community conversation.

Sincerely,

Melissa Nobles

Chancellor

Massachusetts Institute of Technology
77 Massachusetts Ave
Cambridge, MA 02139

Updates Accessibility
This website is maintained by the
Institute Office of
Communications. Please contact
us at communications@mit.edu.