UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>Defendant. | CIVIL ACTION NO.: 24-CV-10577 |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs StandWithUs Center for Legal Justice, Katerina Boukin and Marilyn Meyers ("Plaintiffs") respectfully move this Court for an order extending Plaintiffs' deadline to respond to Defendant's Motion to Dismiss to July 19, 2024.

Plaintiffs filed their Complaint on March 7, 2024, and Defendant Massachusetts Institute of Technology's ("Defendant" or "MIT") deadline to respond was April 4, 2024. *See* ECF No. 10. MIT sought and received an extension on March 27, 2024, extending their deadline to respond to the Complaint to April 18, 2024. ECF No. 19. On April 18, 2024, MIT filed a Motion to Dismiss the Complaint ("Motion to Dismiss"). ECF No. 32. Plaintiffs sought and received an extension on April 19, 2024, extending their deadline to respond to the Motion to Dismiss to May 17, 2024. ECF No. 35. Plaintiffs filed an Amended Complaint on May 17, 2024. ECF No. 36 and Amended at 40. Defendant filed a Motion to Dismiss the Amended Compliant on June 14, 2024. ECF No. 41. Pursuant to Local Rule 7.1, Plaintiffs' current deadline to respond to the Motion to Dismiss is June 28, 2024.

Plaintiffs request, and Defendant does not oppose, a brief extension of Plaintiffs' deadline to file an opposition to Defendant's Motion to Dismiss to July 19, 2024. Defendant consents to this request. The purpose of the extension request is to allow Plaintiffs' undersigned counsel sufficient time to fully respond to the arguments in the Motion to Dismiss given previously scheduled vacations and other conflicting litigation deadlines.

| | |
|---|---|
| Dated: June 20, 2024 | */s/ Melissa S. Weiner* |
| | Melissa S. Weiner (pro hac vice) |
| | mweiner@pwfirm.com |
| | PEARSON WARSHAW, LLP |
| | 328 Barry Avenue S., Suite 200 |
| | Wayzata, MN 55391 |
| | 612.389.0600 |

David Abrams (BBO No. 639250)
dnabrams@wjlf.org
DAVID ABRAMS, ATTORNEY AT LAW
P.O. Box 3353 Church Street Station
New York, NY 10008
212.897.5821

Neil Swartzberg (pro hac vice)
nswartzberg@pwfirm.com
PEARSON WARSHAW, LLP
555 Montgomery St., Suite 1205
San Francisco, CA 94111
415.433.9000

Marlene S. Goldenberg (pro hac vice)
mgoldenberg@nighgoldenberg.com
NIGH GOLDENBERG RASO & VAUGHN PLLC
14 Ridge Square NW, 3rd Floor
Washington, DC 20016
202.792.7927

Jason P. Sultzer (pro hac vice)
 sultzerj@thesultzerlawgroup.com
Jeremy Francis (pro hac vice forthcoming)
 jfrancis@thesultzerlawgroup.com
SULTZER & LIPARI, PLLC
85 Civic Center Plaza, Suite 200
Poughkeepsie, NY 12601
845.244.5595

Janet Varnell (pro hac vice)
 jvarnell@vandwlaw.com
VARNELL & WARWICK, P.A.
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
352.753.8600

## **LOCAL RULE 7.1(a)(2) CERTIFICATE**

Pursuant to Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for Plaintiffs has conferred with counsel for Defendant concerning the subject matter of this Motion and that Plaintiffs do not oppose the relief requested.

*/s/Melissa S. Weiner*
Melissa S. Weiner

## **CERTIFICATE OF SERVICE**

    I, Melissa S. Weiner, hereby certify that a true copy of this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 18, 2024.

                                      */s/ Melissa S. Weiner*
                                      Melissa S. Weiner