UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers,<br><br>Plaintiffs,<br><br>v.<br><br>Massachusetts Institute of Technology,<br><br>Defendant. | Case No. 24-CV-10577-RGS |

**DEFENDANT MASSACHUSETTS INSTITUTE OF TECHNOLOGY'S
MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN
SUPPORT OF MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Defendant Massachusetts Institute of Technology ("MIT") respectfully seeks leave to submit a 10-page Reply in support of its Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 41). MIT is prepared to file its Reply by Friday, July 19, 2024, in advance of the motion hearing scheduled for Wednesday, July 24, 2024.

A Reply memorandum is necessary because in their Opposition (Dkt. 46), Plaintiffs substantially shift the nature of their legal arguments by seemingly abandoning various theories, including disparate treatment and various predicate offenses of the section 1986 claim, while advancing other theories that were not clear from the pleading itself, such as the nature of their underlying section 1981 and 1982 claims for the section 1986 claim. Plaintiffs also make multiple unanticipated assertions of law that mischaracterize MIT's central arguments, including with respect to deliberate indifference and associational standing.

MIT respectfully submits that a Reply succinctly addressing these points will assist the Court in its resolution of the pending motion. Allowing MIT to file this Reply will not cause delay in the consideration of these issues because MIT will file its Reply within one week of the filing of Plaintiffs' Opposition and several days in advance of the motion hearing currently scheduled

for July 24, 2024. Undersigned counsel conferred with counsel for Plaintiffs on July 12, 2024 with respect to this motion, and Plaintiffs represented that they do not consent given the timing of the scheduled hearing and the "prejudice" it would cause Plaintiffs to have "little to no time to review the reply brief before the hearing and prepare for oral argument." This objection is unwarranted, as Plaintiffs will have plenty of time to review ten pages of additional briefing in the four days leading up to oral argument. *See Kestenbaum v. President & Fellows of Harvard College*, No. 24-cv-10092-RGS, Dkt. 82 (granting Harvard's request to file a 15-page reply in the litigation against Harvard related to alleged antisemitism before this Court).

WHEREFORE, MIT respectfully requests that the Court grant its motion for leave to file a Reply in support of its Motion to Dismiss the Amended Complaint.

Dated: July 12, 2024                    Respectfully submitted,

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,

/s/ Ishan K. Bhabha
Ishan K. Bhabha (*pro hac vice*)
  IBhabha@jenner.com
  202.637.6327
Lauren J. Hartz (*pro hac vice*)
  LHartz@jenner.com
  202.637.6363
JENNER & BLOCK LLP
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001-4412

and

Daryl J. Lapp (BBO No. 554980)
  daryl.lapp@lockelord.com
Elizabeth H. Kelly (BBO No. 672277)
  liz.kelly@lockelord.com
LOCKE LORD LLP
111 Huntington Avenue
Boston, MA  02199
617.230.0100

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I certify that counsel for the parties have conferred in a good-faith effort to narrow or resolve the issues raised in this Motion.

                                       */s/ Ishan K. Bhabha*
                                       Ishan K. Bhabha

**CERTIFICATE OF SERVICE**

I certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 12, 2024.

                                       */s/ Ishan K. Bhabha*
                                       Ishan K. Bhabha