UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**StandWithUs Center for Legal Justice et al**
    Plaintiffs

             CIVIL ACTION
V.
             NO. **1:24-cv-10577-RGS**

**Massachusetts Institute of Technology**
    Defendant

**ORDER OF DISMISSAL**

Stearns, D. J.

  Pursuant to the Court's Memorandum and Order [Doc. No. 53] GRANTING Defendant's motion to dismiss the federal claims, Plaintiffs' Complaint is hereby dismissed. This case is CLOSED.

  IT IS SO ORDERED.

                   By the Court,

8/21/2024                /s/ Caetlin McManus
 Date                  Deputy Clerk