# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANDWITHUS CENTER FOR LEGAL JUSTICE, KATERINA BOUKIN, and MARILYN MEYERS,<br><br>     Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY,<br><br>     Defendant. | CIVIL ACTION NO.: 1:24-cv-10577-RGS |

## NOTICE OF APPEAL

Notice is hereby given that StandWithUs Center for Legal Justice, Katerina Boukin, and Marilyn Meyers, the Plaintiffs in the abovenamed matter, hereby appeals to the United States Court of Appeals for the First Circuit from the Order on Defendant's Motion to Dismiss entered in this action on July 30, 2024.

Dated: August 29, 2024    */s/ Melissa S. Weiner*
               Melissa S. Weiner (*pro hac vice*)
               **PEARSON WARSHAW, LLP**
               328 Barry Avenue S., Suite 200
               Wayzata, MN 55391
               Tel: 612-389-0600
               Fax: 612-389-0610
               mweiner@pwfirm.com

               Neil Swartzberg (*pro hac vice*)
               **PEARSON WARSHAW, LLP**
               555 Montgomery St., Suite 1205
               San Francisco, CA 94111
               Telephone: 415-433-9000
               nswartzberg@pwfirm.com

David Abrams (Mass BBO  639250)
**DAVID ABRAMS, ATTORNEY AT LAW**
PO Box 3353 Church Street Station
New York, NY 10008
Telephone: (212) 897-5821
Fax: (212) 897-5811
dnabrams@wjlf.org

Marlene J. Goldenberg (*pro hac vice*)
**NIGH GOLDENBERG RASO & VAUGHN PLLC**
14 Ridge Square NW, Third Floor
Washington DC 20016
Telephone: (202) 792-7927
Fax: (202) 792-7927
mgoldenberg@nighgoldenberg.com

Jason P. Sultzer (*pro hac vice*)
Jeremy Francis (*pro hac vice* forthcoming)
**SULTZER & LIPARI, PLLC**
85 Civic Center Plaza, Ste 200
Poughkeepsie, NY 12601
Telephone: 845-244-5595
Fax: (888) 749-7747
sultzerj@thesultzerlawgroup.com
jfrancis@thesultzerlawgroup.com

Janet Varnell (*pro hac vice*)
**VARNELL & WARWICK, P.A.**
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
Telephone: 352-753-8600
jvarnell@vandwlaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I certify that a true copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 29, 2024.

                                      */s/ Melissa S. Weiner*
                                      Melissa S. Weiner