UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: StandWithUs Center for Legal Justice et al v. Massachusetts Institute of Technology

District Court Number: 24cv10577-RGS

Fee:   Paid?  Yes  _X_   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____ No _X_        Sealed documents   Yes ____ No _X_
If yes, document # _____           If yes, document # _____

*Ex parte* documents   Yes ____ No _X_    Transcripts    Yes _X_ No ____
If yes, document # _____           If yes, document #   51

Notice of Appeal filed by: Plaintiff/Petitioner _X_    Defendant/Respondent ____   Other: ____

Appeal from:

#53 Memorandum and Order, #54 Order of Dismissal

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#53, #54, and #55

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  55  filed on August 29, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 29, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**